JUDGE COTE



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEK SECURITIES CORPORATION,<br>SAMUEL LEK,<br>VALI MANAGEMENT PARTNERS dba AVALON FA LTD,<br>NATHAN FAYYER, and<br>SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK,<br><br>Defendants. | 17 CV 1789<br><br>17-CV-____________ |

**DECLARATION OF TERRENCE HENDERSHOTT**

I, Terrence Hendershott, affirm pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Terrence Hendershott. I am a Professor at the Haas School of Business at the University of California, Berkeley, where I hold the Cheryl and Christian Valentine Chair. I received my Ph.D. from the Graduate School of Business at Stanford University. A detailed listing of my educational background and publications is set forth in my curriculum vitae, which is attached to this declaration as Appendix A.

2. My expertise and research interests focus on market microstructure. This includes the role of information technology in financial markets, electronic communications networks and financial market design, regulation of financial markets, and algorithmic and high-frequency trading. I have published numerous articles on market microstructure that examine the impact of information technology on financial markets, the structure and regulation of financial markets,

how information is incorporated into security prices, and algorithmic and high-frequency trading in leading economics and finance journals, including Journal of Finance, Journal of Financial Economics, Review of Financial Studies, and Review of Economic Studies. My research on incorporating information into security prices and algorithmic and high-frequency trading focuses on what information traders use, how their strategies interact, and how these affect prices. Issues regarding how traders react to different types of information are fundamental to understanding possible manipulation in modern electronic financial markets. I have received awards from the Western Finance Association, the Financial Management Association, and the Society for Financial Studies for my research on electronic trading and algorithmic trading. I received a CAREER grant from the National Science Foundation for studying electronic trading systems in financial markets. CAREER grants are the National Science Foundation's most prestigious awards in support of early career-development activities.

3. I teach undergraduate- and graduate-level courses at the Haas School of Business on high-frequency finance, operations management, and information technology strategy. I teach master of financial engineering students about market structure, trading strategies, and market manipulation. I serve on the editorial boards of leading finance and operations management journals, such as Management Science, Journal of Financial Markets, and Decision Support Systems.

4. In addition to my academic work, I have served as the visiting economist at the New York Stock Exchange from 2005 to 2006, as a member of the NASDAQ Economic Advisory Board from 2004 to 2007, and as chair of the NASDAQ Economic Advisory Board in 2007. I am a member of the Financial Industry Regulatory Authority's (FINRA) market

surveillance advisory group. I have also consulted on issues related to how trading impacts prices for a number of exchanges, high-frequency trading firms, and investment firms.

**Assignment**

5. I have been asked by the Securities and Exchange Commission ("SEC") to review Avalon FA Ltd.'s ("Avalon") transaction data[1] for the common stock of various companies traded on U.S. markets through Lek Securities Corporation ("Lek") during the period of December 2010 through September 2016 (the "Avalon Trade Data"). For purposes of this declaration, I have been asked to provide opinions as to the following:

a. Whether any of Avalon's order and trade activity is consistent with manipulative behavior often called "spoofing" or "layering"; and

b. To quantify the amount of trading revenue, if any, that resulted from the activity identified under (a).

6. To accomplish the above, I directed a forensic examination of data and records including the Avalon Trade Data that the SEC obtained from Lek, among other things.

7. I have also been asked to offer my opinions as to whether layering or spoofing is harmful to the securities markets and market participants.

8. I am being compensated at the rate of $600 per hour for my work in this matter. My compensation is not contingent upon the outcome of this matter.

**Background**

9. Modern financial markets typically operate as an open electronic limit-order book. Limit orders are instructions to trade at a price that is no worse than the limit price

[1] Including trade and order data related to orders, purchases, and sales.

specified by the trader.[2] Information about pending (not yet executed) limit orders is typically available to market participants. Market participants use such data to understand supply and demand in the market to improve the execution of their orders by receiving faster execution at better prices for larger quantities. Information on pending orders also helps forecast future actions of other market participants that can be incorporated in trading strategies. Traders can choose to have their limit orders be visible to other traders or have their orders hidden. Visible orders impact market participants' perception of supply and demand, while pending hidden orders do not.

10. Strategies often referred to as "spoofing" or "layering"[3] typically involve certain traders placing visible limit orders (on shares of a company's common stock, for example) that they do not intend to execute, but rather to create an artificial appearance of supply or demand to improve the execution of their other orders. Layering involves placing orders on both the buy and sell sides of the market. Limit orders on one side of the market are entered without the intent of executing in order to benefit the orders on the other side that are intended to execute. Once the desired execution occurs, the remaining orders are cancelled. Similar to how a shill bidder enters fake bids to induce other bidders in an auction to bid higher, layering traders can induce other traders to improve the prices on their orders. For example, a trader attempting this strategy might place many visible purchase (or sale) orders to create the artificial appearance of demand (or supply) to mislead other market participants into believing a company's stock price should be higher (or lower). These higher (lower) prices would then improve the execution of the trader's opposite side orders.

[2] For example, a limit order to purchase at $5 per share will be executed at $5 or less, while a limit order to sell at $5 per share will be executed at $5 or more.
[3] Layering is often used to refer to spoofing when multiple spoofing orders are used. Because the trading activity at issue here involves multiple orders I will use layering throughout.

11. A successful layering strategy will benefit a trader by selling shares at higher prices,[4] or buying shares at lower prices, through misleading the market about supply or demand. This is typically done by placing orders on the two sides of the market in an imbalanced manner, e.g., there are more buy orders than sell orders with the trader generally not intending to execute orders on the buy side. Accordingly, the side with more orders for a greater quantity of shares placed by the trader to create the artificial appearance of supply or demand is referred to as the **"Loud"** side. The smaller side of the strategy that the trader intends to benefit from is referred to as the **"Quiet"** side. The intended effect of the Loud-side orders is to mislead market participants in the desired direction, so the quantity of orders and desired execution rate of these orders will typically be **"Imbalanced"** relative to the Quiet-side orders.[5] In fact, a well-implemented layering strategy results in Quiet-side shares executing more frequently than Loud-side shares.

12. Below, I outline my methodologies for evaluating whether Avalon Trade Data shows conduct consistent with layering.

**Identification of Layering Loops**

13. The first step in my analysis is to establish a set of criteria to analyze the Avalon Trade Data, and identify instances in which certain Avalon traders' behavior is consistent with a layering strategy. For the purposes of this declaration, I rely on three criteria to identify orders and trades consistent with layering: that traders place both purchase and sale orders in a single

---

[4] Note that the layering trader can improve the execution of their sale orders in several possible ways. When the layering trader's sale orders are marketable, i.e., the orders execute immediately, they benefit from executing against a higher bid price or in larger quantities. When the layering trader's sale orders are non-marketable limit orders, i.e., pending limit orders that do not execute immediately, they benefit from an increased chance of execution at a better price or in larger quantities. The layering trader's buy orders' execution can be improved in a similarly manner.

[5] In layering the Loud-side orders are often characterized as non-bona fide because the layering trader does not intend those orders to execute. The Quiet-side orders are bona fide as the layering trader intends those orders to execute. Consequently, the quantity of Loud-side orders is much higher than Quiet-side orders, while the execution rate of Loud-side orders is much lower than Quiet-side orders.

stock before closing these orders out through cancellation or execution (which I will define as a **"Loop"**), that the Loud-side orders be sufficiently greater than the Quiet-side orders (sufficient **"Order Imbalance"**), and that the execution of any Quiet-side orders be sufficiently greater than the Loud-side orders (sufficient **"Execution Imbalance"**). If the three criteria are met, I define the identified Loops as **"Layering Loops."**

a. First, I conservatively limit my analysis to identifying instances in which traders place both purchase and sale orders in a single stock before executing or cancelling these orders within 60 seconds.[6] Of course, initiating and closing a group of purchase and sale orders within 60 seconds can potentially represent a legitimate high frequency trading strategy. Therefore, after identifying these 60-second "Loops," I examine each Loop more closely to determine whether the order and transaction patterns are consistent with layering, as follows.

b. Second, I require each Loop to have sufficient Order Imbalance. A layering strategy involves a trader attempting to use Loud-side orders to mislead other market participants to benefit from Quiet-side transactions. Therefore, a Layering Loop typically involves more Loud-side orders than Quiet-side orders. For the purposes of this declaration, I require that the ratio of Loud-side orders to Quiet-side orders (both with respect to the number of orders, and the number of shares in those orders) to be at least 2-to-1 for Layering Loops.[7]

[6] This is conservative as it is certainly possible for traders to engage in layering for a set of purchase and sale orders and transactions that last longer than 60 seconds.

[7] Some exchanges allow for hidden orders which are not visible to other traders. Because only displayed orders impact observed supply and demand, only displayed orders are used when determining Order Imbalance. Because Loops with smaller numbers of orders are more difficult to characterize, in this declaration, I omit Loops with only 3 orders or less.

c. Third, having established that a Layering Loop must last 60 seconds or less, and must have sufficient Order Imbalance, I also require it to have sufficient Execution Imbalance. That is, a successfully implemented layering strategy must involve Loud-side shares being executed less often than Quiet-side shares, even though Loud-side shares are more numerous.[8] For example, if the trader is attempting to use Loud-side purchase orders to mislead market participants (to benefit from a Quiet-side sale), executing those Loud-side orders as often as Quiet-side orders diminishes or eliminates layering-related benefits. For the purposes of this declaration, I require that the ratio of executed Quiet-side shares to executed Loud-side shares to be at least 3-to-1 for Layering Loops.

14. Finally, in layering, Loud-side orders are no longer beneficial when there are no remaining Quiet-side orders. Therefore, I examine how quickly outstanding Loud-side orders are cancelled after the last Quiet-side order executes in the Layering Loops.

**Results**

15. Using the three steps defined above, there are approximately 2 million 60-second Loops with Order Imbalances greater than or equal to 2-to-1 in the Avalon Trade Data between December 2010 and September 2016. Of these, more than 650,000 qualify as Layering Loops, as there are at least three times as many Quiet-side shares executed relative to Loud-side shares. This means that Quiet-side orders execute at more than 6 times the rate of Loud-side orders in Layering Loops. The Layering Loops' outstanding Loud-side orders are cancelled promptly

[8] Examining only Loops with Execution Imbalance also eliminates trading strategies such as market making that place similar orders on both sides of the market or have imbalanced order submissions where the Loud-side orders and Quiet-side orders execute similarly or the Loud-side orders execute more frequently. Additionally, I require that no Loud-side orders be placed more than one second after the last Quiet-side execution or cancel in Layering Loops, as a layering strategy typically involves using Loud-side orders to achieve favorable execution for Quiet-side orders.

after the last Quiet-side order executes or is cancelled. The Order and Execution Imbalances and prompt cancellations are consistent with layering and highly unlikely to occur by chance.

**Layering Loop Example**

16. A Layering Loop in the Avalon Trading data by trader 188_102S in Cerner Corporation (stock symbol CERN) on November 1, 2012 is consistent with the trader attempting to cover his short position at an advantageous price by creating the artificial appearance of supply. The trader places multiple Loud-side sale orders in a short period of time, only one of which is executed.[9] These Loud-side sale orders appear to have successfully placed downward pressure on the stock price. Shortly after the Loud-side sale orders end, a Quiet-side purchase order executes, with the trader purchasing shares at a price lower than available before the loop started.[10] The remaining Loud-side sale orders are then cancelled. In summary, this trader is able to close out of his short position through the purchase of shares at prices that appear to have been depressed by the Loud-side sale orders.

**Trading Revenues**

17. To calculate Avalon's revenue from Layering Loops, I match purchases with sales. Avalon rarely carries any positions overnight (whether long or short), meaning that Avalon usually purchases and sells an equal number of shares each day for any given stock. My methodology matches purchases and sales as they occur in sequence; i.e., the first share purchased is matched to the first share sold, the tenth share purchased is matched to the tenth

---

[9] Over the period from 12:50:52 from 12:51:09, the trader places 67 sale limit orders for 100 shares each at increasingly lower prices from $77.17 to $77.06.

[10] At around 12:51:00, the trader places a purchase limit order for 1,200 shares at $77.07, which does not execute and cancels at around 12:51:07. At around 12:51:10, the trader places a second purchase limit order for 1,200 shares at $77.10, which executes completely over 11 separate executions at prices ranging from $77.06 to $77.09, which are lower than the price before the start of the Loop. These shares appear to have been sold short less than a minute earlier.

share sold, etc. I then define trading revenue for each matched purchase and sale as the difference between the purchase and sale prices.[11] Next, I aggregate the revenues (and losses) for each purchase and sale in each Layering Loop. Aggregating these revenues (and losses) across all Layering Loops, I calculate total trading revenue of more than $21 million between December 2010 and September 2016. More than $12 million of this revenue is generated in 2015 and 2016.

**Layering's Impact**

18. Layering can harm other traders and the market as a whole in several ways. First, limit orders that are not intended to execute can create false information, and increase uncertainty about true supply and demand. This can lead liquidity providers to place smaller orders and/or orders at inferior prices, and can also make it harder for other traders to fill their orders at desirable prices. This decreases market liquidity and increases trading costs for investors.

19. Second, layering orders can cause other traders to execute marketable trades at prices that they would not have accepted had they known the true supply and demand. This increases the difficulty of executing true supply and demand.

20. Third, false information about supply and demand may degrade market integrity, as investors are less certain that they can observe accurate prices. Reduced trust in the market can lead to reduced participation (or complete withdrawal) by certain investors. Lower market

---

[11] Following mark-to-market convention, in the rare instance when the purchase and sale volume do not match for a day, the price for the other side of transaction is assumed to be the closing price that day. For example, if one day Avalon purchased 10,000 shares of Apple stock and sold 9,999 shares then the revenue on the 10,000th share bought would be the closing price minus the purchase price. Also note that where only one side of each matched transaction occurs during a Layering Loop, I attribute half of the calculated trading revenue to that transaction.

participation causes direct harm to the withdrawing investors, and indirect harm to all other investors (due to fewer investors with whom they can trade).

**Summary**

21. Based on my analysis of Avalon Trade Data, from December 2010 through September 2016 Avalon conducted more than 650,000 Layering Loops, yielding trading revenue of more than $21 million. The differential execution rates of Loud-side and Quiet-side orders and the prompt cancellations of Loud-side orders after Quiet-side orders execute are consistent with layering.

I declare under penalty of perjury that the forgoing is true and correct.

Terrence J Hendershott

Terrence Hendershott

Executed on this 7th day of March, 2017 in Berkeley, CA.