

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery St., Suite 2800
San Francisco, CA 94104

**DIVISION OF ENFORCEMENT**

E. Barrett Atwood
Filter Team Co-Coordinator
(415) 705-2467
atwoode@sec.gov

December 11, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/17

VIA ECF

Honorable Denise L. Cote
United States District Court
500 Pearl Street
New York, NY 10007

Re:  **Securities and Exchange Commission v. Lek Securities Corp. et al.**
     **Case No. 17 CV 1789 (DLC)**

Dear Judge Cote:

The Securities and Exchange Commission's ("SEC") has been notified that the SEC Filter Attorney's submission to be filed under seal (pursuant to the Court's Order dated December 7, 2017 [ECF No. 132]) was rejected by the Sealed Records Department today. The submission was rejected because the submission included the Filter Attorney's signatures printed in color, and not in ink. The SEC intends to resubmit the Filter Attorney's submission with original signatures in ink to the Seal Records Department tomorrow (December 12, 2017). The SEC attempted to confer with Avalon on this issue and was unable to reach counsel.

Today, the redacted version of the Filter Attorney's submission was filed by ECF, and served on all counsel of record via ECF and to the Court by hand-delivery. The unredacted portions of the submission were served by hand-delivery and encrypted email on the Court, and served by overnight delivery and encrypted email on Avalon's counsel.

*Redactions are approved.*
*Denise Cote*
*12/13/17*

MEMO ENDORSED

Respectfully submitted,

*/s E. Barrett Atwood*
Filter Team Co-Coordinator
Division of Enforcement
U.S. Securities and Exchange Commission

cc (via ECF):  All counsel of record