**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                Plaintiff,<br><br>              v.<br><br>LEK SECURITIES CORPORATION, SAMUEL LEK, VALI MANAGEMENT PARTNERS d/b/a AVALON FA LTD, NATHAN FAYYER, and SERGEY PUSTELNIK a/k/a/ SERGE PUSTELNIK,<br><br>                                Defendants. | 17-cv-01789 (DLC)<br><br>**DECLARATION OF STEVE M. DOLLAR IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF PUTATIVE EXPERT TERRENCE HENDERSHOTT** |

STEVE M. DOLLAR, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner in the law firm of Norton Rose Fulbright US LLP and counsel for Defendants Lek Securities Corporation ("LSC") and Samuel Lek (together with LSC, the "Lek Defendants") in the above-captioned matter. I submit this declaration in support of the Lek Defendants' Motion pursuant to Rule 702 of the Federal Rules of Evidence to exclude the testimony and opinions of the Securities and Exchange Commission's (the "SEC" or "Commission") putative expert, Terrence Hendershott. The facts contained in this declaration are true and correct, and they are based upon my personal and firsthand knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Terrence Hendershott, Ph.D., dated April 3, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Deposition Transcript of Terrence Hendershott, dated May 9, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Deposition Transcript of Terrence Hendershott, dated August 3, 2018.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the Deposition Transcript of Lawrence Pines, dated July 10, 2018.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Supplemental Expert Report of Terrence Hendershott, Ph.D., dated June 23, 2017.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Rebuttal Report of David J. Ross Regarding the Alleged Layering Scheme, dated May 11, 2018.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 15 to the Deposition Transcript of Sherilyn Belcher, dated March 16, 2018.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a memorandum authored by BATS Exchange, Inc.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the Deposition Transcript of Sherilyn Belcher, dated March 16, 2018.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document entitled FINRA Issues First Cross-Market Report Cards Covering Spoofing and Layering, dated April 28, 2016, Bates stamped FINRA-SEC-LEK_00011893.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Exhibit 37 to the Deposition Transcript of Sherilyn Belcher, dated March 16, 2018.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the Deposition Transcript of Jeff Connell, dated March 27, 2018.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit 95 to the Deposition Transcript of Jeff Connell, dated March 27, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2018

/s/ Steve M. Dollar
Steve M. Dollar