# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LEK SECURITIES CORPORATION,**<br>**SAMUEL LEK,**<br>**VALI MANAGEMENT PARTNERS dba AVALON FA LTD,**<br>**NATHAN FAYYER, and**<br>**SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK,**<br><br>**Defendants.** | Case No. 17-CV-1789 |

# SUPPLEMENTAL EXPERT REPORT OF TERRENCE HENDERSHOTT, PH.D.
## JUNE 23, 2017

# Table of Contents

I. Introduction and Assignment ........ 1

II. Supplemental Analyses and Opinions ........ 2
  A. Layering Loops on or After March 12, 2012 ........ 2
  B. Correction to Interpretation of Two Values in Lek Modifier Field ........ 2
  C. Statistical Significance of Analyses ........ 3
  D. Number of Layering Loops in Certain Categories ........ 6

III. Conclusions ........ 8

# List of Exhibits and Appendix


| | |
|---|---|
| Exhibit 1. | Curriculum Vitae of Terrence Hendershott, Ph.D. |
| Exhibit 2. | Facts and Data Considered |
| Exhibit 3. | Cancellation Analysis: Time from Last Quiet-side Execution/Cancellation to All Loud-side Cancellations (Cumulative Percent of Layering Loops) |
| Exhibit 4 (Rev). | Position Analysis: Starting Position Relative to Loud-side Orders |
| Exhibit 5. | NBBO Movement Analysis: Price Movement Relative to Loud-side Orders |
| Exhibit 6. | Realized Spread Analysis |
| Exhibit 7. | Trading in CERN on November 1, 2012 by Trader 188_102S |
| Exhibit 8. | Trading in TV on August 12, 2015 by Trader 128_102S |
| Exhibit 9 (Rev). | Equity Trading Revenue Analysis |
| Exhibit 10 (Rev). | Equity Trading Revenue and Volume Analysis |
| Exhibit 11. | Cancellation Analysis for Alternative Ratios: Time from Last Quiet-side Execution/Cancellation to All Loud-side Cancellations (Cumulative Percent of Layering Loops) |
| Exhibit 12 (Rev). | Position Analysis for Alternative Ratios: Starting Position Relative to Loud-side Orders |
| Exhibit 13. | NBBO Movement Analysis for Alternative Ratios: Price Movement Relative to Loud-side Orders |
| Exhibit 14. | Realized Spread Analysis for Alternative Ratios |
| Exhibit 15 (Rev). | Equity Trading Revenue Analysis for Alternative Ratios |
| Exhibit 16 (Rev). | Equity Trading Revenue and Volume Analysis for Alternative Ratios |
| Exhibit 17. | Statistical Significance Tests |
| Appendix A (Rev). | Summary of Layering Loops |

# I. INTRODUCTION AND ASSIGNMENT

1. My name is Terrence Hendershott. My expertise and research interests focus on market microstructure. My background and qualifications are set forth in my April 3, 2017 expert report previously submitted in this matter (hereafter "April 2017 Report") and my curriculum vitae (Exhibit 1).

2. In my April 2017 Report I provide opinions as to whether any of Avalon's order and trade activity is consistent with manipulative behavior often called "spoofing" or "layering" and quantify the amount of trading revenue from any such activity. I also offer opinions about whether layering is harmful to the securities markets and market participants. I conduct a number of analyses described in my April 2017 Report.

3. I have been asked by the Securities and Exchange Commission ("SEC") to supplement my April 2017 Report. Therefore, I supplement my report in the following ways:

a. In light of the Supreme Court's June 5, 2017 decision in *Kokesh v. SEC*, I identify Layering Loops that occur on or after March 12, 2012 (five years prior to the filing of this case) and any associated revenue;

b. I provide a minor amendment to the number of Layering Loops based on a correction to the interpretation of two values in the Lek modifier field in the Avalon Trade Data and revise my analysis accordingly;[1]

c. I confirm that the results of analyses in my April 2017 Report are statistically significant; and

[1] Unless otherwise indicated, the terms used in this supplemental report have the same definition as in my April 2017 Report.

d. I identify how many Layering Loops fall into certain categories.

# II. SUPPLEMENTAL ANALYSES AND OPINIONS

## A. Layering Loops on or After March 12, 2012

4. In light of the Supreme Court's June 5, 2017 decision in *Kokesh v. SEC*, the SEC asked me to identify Layering Loops that occur on or after March 12, 2012 (five years prior to the filing of this case) and any associated revenue.

5. Based on my analysis of the Avalon Trade Data (along with the correction described in II.B below), I identify: i) 663,994 Layering Loops with revenues of more than $21 million that occur on or after March 12, 2012; and ii) 11,510 Layering Loops with revenues of approximately $500,000 that occur before March 12, 2012.

## B. Correction to Interpretation of Two Values in Lek Modifier Field

6. The Avalon Trade Data contains data in a modifier field indicating whether an order is fully visible to the market, hidden, or partially hidden. Lek provided documentation concerning how to interpret data in the modifier field. This documentation explains that an order with a modifier "M-" followed by a number indicates the maximum number of shares from the order that are visible to the market at any time. For example, a 1,000-share order with the modifier "M-100" in the modifier field would have at most 100 shares visible to the market at any time.[2]

7. Upon further review of the data, the Avalon Trade Data contain orders where "CM-" and "LM-" are followed by a number in the modifier field. This occurs less than 0.2%

[2] I discuss hidden and visible orders in paragraph 12 of the April 2017 Report.

(one fifth of one percent) of the time.[3] In my April 2017 Report, the "CM-" and "LM-" modifiers are interpreted in the same manner as the "M-" modifier, which is incorrect. After correctly interpreting the "CM-" and "LM-" modifiers, I identify two loops classified as Layering Loops in my April 2017 Report that are no longer Layering Loops. These two Layering Loops generate a total of $96 in revenues out of the more than $21 million in revenues associated with Layering Loops.[4]

8. Accordingly, I revise the analyses in my April 2017 Report by removing these two loops. There are now 675,504 Layering Loops.[5] Removing those two loops leads to very minor changes to Appendix A and Exhibits 4, 9, 10, 12, 15, and 16. For ease of reference, I attach those exhibits as well as the unchanged exhibits from my April 2017 Report.

9. Other than the changes discussed in Sections II.A and II.B, the opinions expressed in my April 2017 Report are unchanged. My opinion remains that the Avalon Trade Data reflects order and execution activity consistent with layering.

### C. Statistical Significance of Analyses

10. I conduct tests to confirm the statistical significance of the following further analyses described in my April 2017 Report: Position Analysis, NBBO Movement Analysis, Realized Spread Analysis, and (Equity) Trading Revenue Analysis. The tests confirm that the

---

[3] The Lek documentation does not indicate that "CM" or "LM" may be followed by a hyphen and a number.

[4] These two loops are 20418 (April 24, 2012) and 25636 (June 13, 2012). Instead of re-numbering all of the Layering Loops, these loops are denoted with an entry "removed" in the revised Appendix A. In addition, five other Layering Loops contain these modifiers and remain Layering Loops. The characteristics for four of these Layering Loops are revised (11856, 22834, 30617, and 186871). One Layering Loop (1748) is unchanged.

[5] These 675,504 Layering Loops occurring between December 2, 2010 and September 29, 2016 generate revenues of $21,629,088. The revised Appendix A provides details about each Layering Loop and separates the Layering Loops occurring before and after March 12, 2012.

results of each of these further analyses are statistically significant, *i.e.*, that they are unlikely to occur by chance.[6] The results of the statistical significance tests are summarized in Exhibit 17.

11. **Position Analysis:** As discussed in paragraphs 24 and 25 of my April 2017 Report and in Exhibit 4, the Position Analysis finds that when Avalon traders hold an existing position at the start of a Layering Loop, that position is consistent with layering and inconsistent with market-making more than 88% of the time. If Avalon traders were engaged in market making, one would expect this percentage to be small, likely much less than 50%. A binomial test shows that the difference between 50% and 88% is likely to occur by chance less than 0.01% of the time.[7] More than 99.9% of the Layering Loops would have to be excluded for these results to no longer be statistically significant at the 1% significance level.

12. **NBBO Movement Analysis:** As discussed in paragraphs 26 through 28 of my April 2017 Report and in Exhibit 5, the NBBO Movement Analysis confirms the academic consensus that imbalances in limit orders can affect prices.[8] Over short time intervals the

[6] The statistical significance of the difference in execution rates for Quiet-side and Loud-side shares in Order-Imbalance Loops reported in footnote 18 of my April 2017 Report remains unchanged. While the Execution Imbalance criteria for Layering Loops requires the ratio of executed Quiet-side shares to executed Loud-side shares to be at least 3-to-1, in Layering Loops the Quiet-side shares execute at more than 18 times the rate of Loud-side shares: 68.4% of Quiet-side shares execute, while 3.7% of Loud-side shares execute.

[7] Because the Loud side relative to the trader's position has a binary outcome, *i.e.*, the position is either on the same side as the Loud side or not, the number of times the position is on the Loud side follows a binomial distribution and a binomial test is used as the basis for the statistical significance test.

[8] The NBBO Movement Analysis is a reliable methodology and consistent with price-impact measures in peer-reviewed literature. A paper cited in my April 2017 Report, and some of my most recent papers, use similar methodology. Terrence Hendershott, Charles Jones, and Albert Menkveld, "Does Algorithmic Trading Improve Liquidity?" *Journal of Finance* 66 (2011): 11, Jonathan Brogaard, Terrence Hendershott, and Ryan Riordan, "High Frequency Trading and the 2008 Short Sale Ban," *Journal of Financial Economics* 124 (2017): 27 and Terrence Hendershott and Ananth Madhavan, "Click or Call? Auction versus Search in the Over-the-Counter Market," *Journal of Finance* 70 (2015): 434. Other recent examples using similar methodology to measure price impact include: Jonathan Brogaard, Björn Hagströmer, Lars Nordén, and Ryan Riordan, "Trading Fast and Slow: Colocation and Liquidity," *Review of Financial Studies* (2015) 28: 3417, and Thierry Foucault, Roman Kozhan, and Wing Wah Tham, "Toxic Arbitrage," *Review of Financial Studies* (2016) 30:1073, and Katya Malinova and Andreas Park, "Subsidizing Liquidity: The Impact of Make/Take Fees on Market Quality," *Journal of Finance* 70 (2015): 527.

average change in the NBBO midpoint is expected to be zero, and prices should rise on average 50% of the time and fall on average 50% of the time. The NBBO Movement Analysis shows that, in a subset of Layering Loops, the NBBO midpoint decreases 64% of the time when the Loud-side orders are sales and increases 62% of the time when the Loud-side orders are purchases. This is consistent with the Loud-side orders impacting prices. A binomial test shows that the difference between 50% and 62%/64% is likely to occur by chance less than 0.01% of the time. More than 99.7% of the relevant Layering Loops would have to be excluded for the results of the NBBO Movement Analysis to no longer be statistically significant at the 1% significance level.

13. **Realized Spread Analysis:** As discussed in paragraphs 29 and 30 of my April 2017 Report and in Exhibit 6, the Realized Spread Analysis examines the profitability of Loud-side and Quiet-side executions using the difference in the execution price and the NBBO midpoint 5 minutes in the future. Traders engaged in a layering strategy should have more positive realized spreads on their Quiet-side executions than on their Loud-side executions. Potentially, layering traders could have negative realized spreads on their Loud-side executions, as these are typically not intended to execute. The Realized Spread Analysis shows that in a subset of Layering Loops, Avalon's Quiet-side executions have positive realized spreads, while Loud-side executions have negative realized spreads. A difference in means test shows that the difference between the positive realized spread of Quiet-side executions and the negative realized spread of Loud-side executions is likely to occur by chance less than 0.01% of the time.[9] More than 99.8% of the relevant Layering-Loop executions would have to be

[9] A difference in means test shows that the difference between the negative average realized spread for the Loud-side executions and zero is also likely to occur by chance less than 0.01% of the time.

excluded for the results of the Realized Spread Analysis to no longer be statistically significant at the 1% significance level.

14. **Trading Revenue Analysis:** As discussed in paragraphs 38-40 of my April 2017 Report and in Exhibit 9, the (Equity) Trading Revenue Analysis examines the average revenue per share in Avalon's executions and finds that, on average, Quiet-side executions in Layering Loops generate positive trading revenue, while Loud-side executions in Layering Loops generate negative trading revenues. A difference in means test shows that the difference between revenues for Quiet-side executions and Loud-side executions is likely to occur by chance less than 0.01% of the time. More than 99.9% of the executions would have to be excluded for the results of the Trading Revenue Analysis to no longer be statistically significant at the 1% significance level.

15. These statistical tests confirm that the findings in my April 2017 Report are statistically significant, do not occur by chance, and are reliable. The statistical tests also show that an enormous fraction of the data, typically more than 99%, would have to be excluded for the findings to no longer be statistically significant.

## D. Number of Layering Loops in Certain Categories

16. I identify the number of Layering Loops that fall into four categories, and determine their associated revenues:

***Share-Size Categories***

17. I determine how many Layering Loops have Loud-side orders with less than 300

visible shares, and find that there are 1,165 such loops, with associated revenues of $67,963.[10]

18. I determine how many Layering Loops have Quiet-side orders with less than 100 shares, and find that there are 8,864 such Layering Loops, with associated negative revenues of -$5,594, *i.e.*, these Layering Loops decrease total revenues.[11]

***Sequencing Categories***

19. I determine how many Layering Loops have no Quiet-side executions after the first Loud-side order, and find that there are 6,043 such Layering Loops, with associated negative revenues of -$21,445.

20. I determine in how many Layering Loops the last Quiet-side execution and the first Loud-side order appear to occur simultaneously according to the Avalon Trade Data, and find that there are 2,092 such Layering Loops, with negative associated revenues of -$3,547.

21. There are a total number of 18,095 Layering Loops (less than 3% of the total number of Layering Loops) falling into the above four categories. These 18,095 loops have associated revenues of $37,446 (less than 0.25% of the total amount of revenues).

22. The statistical significance testing described in Section II.C above shows that the inclusion or exclusion of Layering Loops falling into these categories does not impact the conclusions or reliability of the Position Analysis, NBBO Movement Analysis, Realized Spread Analysis, and (Equity) Trading Revenue Analysis.

[10] Loud-side orders in Layering Loops are rarely hidden: 99.6% of Loud-side orders in Layering Loops are fully visible.

[11] 69 layering loops with associated negative revenues of -$69 overlap between the two share-size categories.

## III. CONCLUSIONS

23. The minor changes in the number of Layering Loops and associated revenues due to the correct application of two LEK modifiers have no effect on the opinions expressed in my April 2017 Report that the Avalon Trade Data reflects order and execution activity consistent with layering. The results of the further analyses in my April 2017 Report are statistically reliable, and an enormous fraction of the relevant Layering Loops in each of these analyses would have to be excluded to eliminate that statistical reliability. The number of Layering Loops that fall within the additional categories that I discuss in this supplemental report is not large, and even if one were to exclude such Layering Loops, would not affect the statistical reliability of my analyses or alter my opinions. Finally, I identify 663,994 Layering Loops with revenues of more than $21 million that occur on or after March 12, 2012.

24. My work in this matter is ongoing, and I reserve the right to supplement this analysis in the future.

Terrence J Hendershott

**TERRENCE HENDERSHOTT, PH.D.**

Dated: June 23, 2017

**Exhibit 1.**
**Terrence Hendershott**
Revised 2017

Professor
Haas School of Business
545 Student Services Bldg #1900
University of California
Berkeley, CA 94720-1900

phone: (510) 643-0619
fax: (510) 643-1412
hender AT haas.berkeley.edu

## Education

Ph.D., Operations, Information, and Technology, Graduate School of Business, Stanford University, 1999.
B.S., Mathematics and Statistics, Miami University, 1989.

## Publications

- High Frequency Trading and the 2008 Short Sale Ban (with Jonathan Brogaard and Ryan Riordan), forthcoming *Journal of Financial Economics*.
- Are Institutions Informed about News? (with Dmitry Livdan and Norman Schürhoff) *Journal of Financial Economics* 117 (August 2015), 249-287.
- Click or Call? Auction versus Search in the Over-the-Counter Market (with Ananth Madhavan), *Journal of Finance* 70 (February 2015), 419-447.
- Price Pressures (with Albert Menkveld), *Journal of Financial Economics*, 114 (December 2014), 405-423.
- High-Frequency Trading and Price Discovery (with Jonathan Brogaard and Ryan Riordan), *Review of Financial Studies* 27 (August 2014), 2267-2306. Won Michael J. Brennan Best Paper Award for best paper published in *Review of Financial Studies*.
- Liquidity Provision and Stock Return Predictability (with Mark Seasholes), *Journal of Banking & Finance* 45 (August 2014), 140-151.
- How Slow is the NBBO? A Comparison with Direct Exchange Feeds (with Shengwei Ding and John Hanna), *Financial Review* 49 (May 2014), 313-332.
- High-Frequency Trading and the Execution Costs of Institutional Investors (with Jonathan Brogaard, Stefan Hunt, and Carla Ysusi), *Financial Review* 49 (May 2014), 345-369. Won *Financial Review* Outstanding Publication Award for 2014.
- Levelling the Trading Field (with David Easley and Tarun Ramadorai), *Journal of Financial Markets* 17 (January 2014), 65-93.
- The Intended and Collateral Effects of Short-Sale Bans as a Regulatory Tool (with Ethan Namvar and Blake Phillips), *Journal of Investment Management* 11 (2013), 5-13.
- Algorithmic Trading and the Market for Liquidity (with Ryan Riordan), *Journal of Financial and Quantitative Analysis* 48 (August 2013), 1001-1024. Won 2013 Philip Brown Prize for best paper using SIRCA data.
- Informed Trading and Portfolio Returns (with Alex Boulatov and Dmitry Livdan), *Review of Economic Studies* 80 (January 2013), 35-72.
- Automation, Speed, and Stock Market Quality: The NYSE's Hybrid (with Pam Moulton), *Journal of Financial Markets* 14 (November 2011), 568-604.
- Does Algorithmic Trading Increase Liquidity? (with Charles Jones and Albert Menkveld), *Journal of Finance*, *Journal of Finance* 66 (February 2011), 1-33. Won New York Stock Exchange Euronext Award for best paper on equity trading, Western Finance Association (2008). Finalist for the Smith-Breeden Prize for best paper published in the *Journal of Finance*.
- Time Variation in Liquidity: The Role of Market Maker Inventories and Revenues (with Carole Comerton-Forde, Charles Jones, Pam Moulton, and Mark Seasholes), *Journal of Finance* 65 (February 2010), 295-331.Won Nasdaq Award for best paper on market microstructure, Financial Management Association (2007).
- The NFL Should Auction Possession in Overtime Games (with Yeon-Koo Che), *Economists' Voice* 9 (October 2009), http://www.bepress.com/ev/vol6/iss9/art5/.

- A Comparison of Trading and Non-Trading Mechanisms for Price Discovery (with Michael Barclay), *Journal of Empirical Finance* 15 (December 2008), 839-849.
- How to Divide the Possession of a Football? (with Yeon-Koo Che), *Economics Letters* 99 (June 2008), 561-565.
- Order Consolidation, Price Efficiency, and Extreme Liquidity Shocks (with Michael Barclay and Charles Jones), *Journal of Financial and Quantitative Analysis* 43 (March 2008), 93-121.
- Market Maker Inventories and Stock Prices (with Mark Seasholes), *American Economic Review (P&P)* 97 (May 2007), 210-214.
- Automation versus Intermediation: Evidence from Treasuries Going Off the Run (with Michael Barclay and Kenneth Kotz), *Journal of Finance* 61 (October 2006), 2395-2414.
- A Model of Direct and Intermediated Sales (with Jie Zhang), *Journal of Economics & Management Strategy* 15 (Summer 2006), 279-316.
- Island Goes Dark: Transparency, Fragmentation, and Regulation (with Charles Jones), *Review of Financial Studies* 18 (Fall 2005), 743-793.
- Trade-through Prohibitions and Market Quality (with Charles Jones), *Journal of Financial Markets* 8 (February 2005), 1-23.
- Liquidity Externalities and Adverse Selection: Evidence from Trading After Hours (with Michael Barclay), *Journal of Finance* 59 (April 2004), 681-710.
- Competition Among Trading Venues: Information and Trading on Electronic Communications Networks (with Michael Barclay and Tim McCormick), *Journal of Finance* 58 (December 2003), 2637-2666. Won New York Stock Exchange Award for best paper on equity trading, Western Finance Association (2001). Nominated for the Smith-Breeden Prize for best paper published in the *Journal of Finance*.
- Price Discovery and Trading After Hours (with Michael Barclay), *Review of Financial Studies* 16 (Winter 2003), 1041-1073.
- Electronic Trading Systems in Financial Markets, *IEEE-IT Professional* 5 (Jul/Aug 2003), 10-14.
- The Future of Virtual Malls (with Patric Hendershott and Robert Hendershott), *Real Estate Finance* 18 (Spring 2001), 25-32.
- Crossing Networks and Dealer Markets: Competition and Performance (with Haim Mendelson), *Journal of Finance* 55 (October 2000), 2071-2115. Nominated for the Smith-Breeden Prize for best paper published in the *Journal of Finance*.
- Bundling and Optimal Auctions of Multiple Products (with Christopher Avery), *Review of Economic Studies* 67 (July 2000), 483-497.
- Will the Internet Reduce the Demand for Mall Space? (with Patric Hendershott and Robert Hendershott), *Real Estate Finance* 17 (Spring 2000), 41-46.

**Working Papers**

- Price Discovery without Trading: Evidence from Limit Orders (with Jonathan Brogaard and Ryan Riordan).
- Relationship Trading in OTC Markets (with Dmitry Livdan and Norman Schürhoff).
- Asset Price Dynamics with Limited Attention (with Albert Menkveld, Sunny Li, and Mark Seasholes).
- Market Predictability and Non-Informational Trading (with Mark Seasholes).

**Books, Reviews, and Chapters**

- Handbook of Economics and Information Systems (Editor), Elsevier, ISBN 0444517715.
- Implementation Shortfall with Transitory Price Effects (with Charles Jones and Albert Menkveld), chapter in High Frequency Trading: A Survival Guide, Eds. David Easley, Marcos Lopez de Prado, and Maureen O'Hara, Risk Books.
- Book Review of Econometrics of Financial High-Frequency Data, by Nikolaus Hautsch, *Quantitative Finance* (2013).

**Other Publications**

- Automated Trading, *Encyclopedia of Quantitative Finance*.

- Preface to the Focus Theme Section: 'Financial Market Engineering' (with Dirk Neumann, Robert Schwartz, Bruce Weber, and Christof Weinhardt), *Electronic Markets* 16 (May 2006), 98-100.
- An Economic View of Information Systems (with Krishnan Anand), Introduction to Special Issue on Information Systems and Economics, *Decision Support Systems* 41(May 2006), 683-687.
- Wall St's appeal for new rules is not altruistic, *Financial Times*, comment/op-ed, 7/21/2004, p. 13.
- Should the Outcome of a Coin Flip Mean So Much in NFL Overtime? Bid for the Ball (with Jonathan Berk), *Wall Street Journal Online*, 12/22/2003.

**Honors, Awards, Miscellaneous**

- Michael J. Brennan Best Paper Award for best paper published in *Review of Financial Studies* in 2015.
- Distinguished Visiting Scholar, Securities and Exchange Commission (2015).
- *Financial Review* Outstanding Publication Award for 2014.
- 2013 Philip Brown Prize.
- Cheryl and Christian Valentine Chair, Haas School of Business, UC Berkeley (2012-)
- Barbara and Gerson Bakar Faculty Fellow, Haas School of Business, UC Berkeley (2011-2012)
- Visiting Scholar, University of Sydney (2010)
- Net Institute Grant (2009)
- Kauffman Foundation Entrepreneurship & Innovation Research Grant (2008-2009)
- New York Stock Exchange Euronext Award for best paper on equity trading, Western Finance Association (2008)
- Visiting Fellow, The Paul Woolley Centre for the Study of Capital Market Dysfunctionality, London School of Economics (2008)
- Nasdaq Award for best paper on market microstructure, Financial Management Association (2007)
- Visiting Professor, Université Paris-Dauphine (2007, 2008, 2009, 2010, 2012, 2013)
- Nasdaq Economic Advisory Board, (2004-7; Chair 2007)
- Visiting Economist, New York Stock Exchange (2005-2006)
- National Science Foundation Grant #0133848, CAREER: Electronic Trading Systems (2002-2006)
- Schwabacher Fellow (outstanding teaching and research), University of California, Berkeley (2005-2006)
- Junior Faculty Research Grant, Committee on Research, University of California, Berkeley (2001, 2003)
- New York Stock Exchange Award for best paper on equity trading, Western Finance Association (2001)
- Simon School Teaching Honor Roll, University of Rochester (2000, 2001)
- Xerox Assistant Professor, University of Rochester (1999-2001)
- Frye Fellowship, Stanford University (1992)
- Chiles Fellowship, Stanford University (1991)

**Teaching Experience**

- High-Frequency Finance (MFE 230X), UC Berkeley.
- Analytic Decision Modeling Using Spreadsheets (UGBA 104), UC, Berkeley.
- Information Technology Strategy (MBA 247B, ENGIN 298A, INFOSYS 290, UGBA 196), UC, Berkeley.
- Operations Management (MBA and EWMBA 204), UC, Berkeley.
- Financial Information Systems (CIS 446/Finance 446), University of Rochester.
- Investment Management and Trading Strategies (Finance 434), Simon School, University of Rochester.

**Professional Service**

Editorial:

- Associate Editor, *Journal of Banking & Finance*, 2015-
- Associate Editor, *Management Science*, 2010-
- Associate Editor, *Journal of Financial Markets*, 2012-
- Co-Editor, *Journal of Economics and Management Strategy*, 2006-2013
- Associate Editor, *Information Systems Research*, 2004-5
- Associate Editor, *Decision Support Systems*, 2003-

- Advisory Editor, *Handbooks in Information Systems*, Elsevier
- Guest Editor, Focus Theme Section: 'Financial Market Engineering', *Electronic Markets*
- Guest Editor, Special Issue on Information Systems and Economics, *Decision Support Systems*

Conferences:

- Western Finance Association, program committee, 2011-
- Napa Conference on Financial Markets, program committee, 2009-
- European Finance Association, program committee, 2001-2004, 2012-
- Society for Financial Econometrics and Tinbergen University (Amsterdam) Conference on Measuring and Understanding Asset Price Changes: The Price of Liquidity, and the Liquidity of Price, program committee, 2011
- NYSE-Euronext/Dauphine University, 3rd Workshop on Financial Market Quality, organizer, 2010
- NYSE Euronext & Tinbergen Institute Workshop on Liquidity and Volatility, program committee, 2009
- National Institute of Securities Markets Conference on Structure, Microstructure and Regulation of Securities Markets, Mumbai, India, program committee, 2008
- NYSE-Euronext/Dauphine University, 2nd Workshop on Financial Market Quality, organizer, 2008
- INFORMS Conference on Information Systems and Technology, program committee, 2000-6
- Microstructure of International Financial Markets, Hyderabad, India, program committee, 2006
- FinanceCom (International Workshop on Finance Industry Enterprise, Applications & Services), program committee, 2005-2012

**Litigation**

- Confidential two-week arbitration seeking damages and injunction for misappropriation of trade secrets related to high-frequency trading. I was retained to review communications, file reports, be deposed, and testify in 2010.
- In the Matter of the Application of Securities Industry and Financial Markets Association for Review of Actions Taken by Self-Regulatory Organizations Administrative Proceeding File No. 3-15350. I was retained by NYSE to opine on reasonableness of proprietary market data pricing. I delivered reports and testified in 2015.
- CFTC v. Nav Sarao Futures Limited Plc and Navinder Singh Sarao. I was retained by CFTC to opine on spoofing allegations in the futures market. I filed a declaration in 2015.
- SEC v. Behruz Afshar, Shahryar Afshar, Richard F. Kenny, IV, Fineline Trading Group LLC, and Makino Capital LLC. I was retained by SEC to opine on spoofing allegations in the options market. I filed a report in 2016.
- Strougo v. Barclays PLC, et al. I was retained by counsel to opine on issues relating to dark pools and order routing. I filed a report and was deposed in 2016.
- re Allergan, Inc. Proxy Violation Securities Litigation. I was retained by counsel to opine on issues relating to identifying counterparties in equity trading. I filed a report and was deposed in 2016-2017.

**Exhibit 2.**
**Facts and Data Considered**

| Number (1) | Item (2) |
|---|---|
| **1** | **Materials provided on hard drive Bates-labeled Z-006568743:** |
| | Trade data and related information. |
| | National Best Bid and Offer, TAQ Quotes and Trades data from Wharton Research Data Services (WRDS). |
| **2** | **Materials in Parts I, II, III, and V of disc provided with Hendershott report:** |
| | Part I - Various analyses and related materials, Bates-labeled Z-006568199 – Z-006568207. |
| | Part II - Emails, investigative testimony and exhibits, and other materials (see Appendix A included therein). |
| | Part III - Additional analyses and related materials, Bates-labeled Z-006568208 – Z-006568349 and Z-006568727 – Z-006568741. |
| | *************** |
| | Part V - Academic papers, Bates-labeled Z-006568350 – Z006568726. |

**Exhibit 3.**
**Cancellation Analysis:**
**Time from Last Quiet-side Execution/Cancellation to All Loud-side Cancellations**
**(Cumulative Percent of Layering Loops)[1]**




**Source:**
Avalon Trade Data from Lek Securities Corp.
**Notes:**
1. Time to cancellation is the average time taken from the last Quiet-side execution/cancellation, whichever comes later, to all Loud-side cancellations (provided there are outstanding Loud-side orders as of the last Quiet-side execution/cancellation). Approximately 192,000 Layering Loops did not have Loud-side cancellations after the last Quiet-side execution/cancellation.

**Exhibit 4 (Revised 6/23/17).**
**Position Analysis:**
**Starting Position Relative to Loud-side Orders**

| | Number of Layering Loops | | | |
|---|---|---|---|---|
| **Position Going Into Loop** | **With Loud-side Purchase Orders** | **With Loud-side Sale Orders** | **Total** | **Percent Loud-side Inconsistent With Market Making[1]** |
| **(1)** | **(2)** | **(3)** | **(4) =(2)+(3)** | **(5)** |
| Long | 279,747 | 37,336 | 317,083 | 88.2 % |
| Short | 25,751 | 199,815 | 225,566 | 88.6 |
| Zero | 46,763 | 86,092 | 132,855 | - |

**Source:**
Avalon Trade Data from Lek Securities Corp.

**Notes:**

[1] Loud-side purchase orders are inconsistent with market making given a long position going into a Loop, while Loud-side sale orders are inconsistent with market making given a short position going into a Loop.

**Exhibit 5.**
**NBBO Movement Analysis:**
**Price Movement Relative to Loud-side Orders[1]**

| | Loud-side Orders are Purchases | | | | Loud-side Orders are Sales | | | |
|---|---|---|---|---|---|---|---|---|
| Trader | Average NBBO Midpoint Change from Loop Start to Quiet-side Executions[2] | Number of Loops with NBBO Data Available | Number of Loops where NBBO Midpoint Increased | Percent of Loops where NBBO Midpoint Increased | Average NBBO Midpoint Change from Loop Start to Quiet-side Executions[2] | Number of Loops with NBBO Data Available | Number of Loops where NBBO Midpoint Decreased | Percent of Loops where NBBO Midpoint Decreased |
| (1) | (2) | (3) | (4) | (5) =(4)/(3) | (6) | (7) | (8) | (9) =(8)/(7) |
| 128_100S | 0.018 % | 3,780 | 2,092 | 55.3 % | -0.025 % | 2,918 | 1,728 | 59.2 % |
| 128_101S | 0.090 | 25 | 21 | 84.0 | -0.085 | 15 | 15 | 100.0 |
| 128_102S | 0.027 | 1,226 | 729 | 59.5 | -0.030 | 1,283 | 781 | 60.9 |
| 128_103S | 0.005 | 3,418 | 1,484 | 43.4 | -0.021 | 3,030 | 1,630 | 53.8 |
| 128_104S | 0.025 | 5,598 | 3,359 | 60.0 | -0.028 | 4,564 | 2,763 | 60.5 |
| 128_105S | 0.020 | 3,685 | 2,415 | 65.5 | -0.025 | 2,717 | 1,972 | 72.6 |
| 128_106S | 0.033 | 3,466 | 2,008 | 57.9 | -0.049 | 1,924 | 1,295 | 67.3 |
| 128_107S | 0.027 | 3,135 | 1,821 | 58.1 | -0.014 | 4,799 | 2,481 | 51.7 |
| 188_100S | 0.034 | 288 | 203 | 70.5 | -0.029 | 298 | 208 | 69.8 |
| 188_101S | 0.034 | 482 | 344 | 71.4 | -0.028 | 567 | 371 | 65.4 |
| 188_102S | 0.027 | 225 | 180 | 80.0 | -0.043 | 162 | 142 | 87.7 |
| 208_100S | 0.024 | 582 | 421 | 72.3 | -0.027 | 569 | 439 | 77.2 |
| 208_101S | 0.016 | 788 | 424 | 53.8 | -0.021 | 833 | 493 | 59.2 |
| 208_102S | 0.059 | 130 | 109 | 83.8 | -0.045 | 115 | 84 | 73.0 |
| 208_103S | 0.027 | 1,454 | 1,001 | 68.8 | -0.026 | 1,493 | 1,021 | 68.4 |
| 208_104S | 0.049 | 293 | 264 | 90.1 | -0.047 | 243 | 216 | 88.9 |
| 208_105S | 0.096 | 24 | 21 | 87.5 | -0.070 | 30 | 28 | 93.3 |
| 208_106S | 0.028 | 1,056 | 606 | 57.4 | -0.033 | 1,155 | 776 | 67.2 |
| 208_107S | 0.038 | 4,604 | 2,957 | 64.2 | -0.036 | 4,272 | 2,790 | 65.3 |
| 208_108S | 0.041 | 4,106 | 2,798 | 68.1 | -0.041 | 3,897 | 2,611 | 67.0 |
| 208_109S | 0.066 | 1,241 | 862 | 69.5 | -0.067 | 1,170 | 838 | 71.6 |
| 208_110S | 0.033 | 106 | 70 | 66.0 | -0.035 | 75 | 42 | 56.0 |
| 208_111S | 0.059 | 782 | 642 | 82.1 | -0.055 | 510 | 437 | 85.7 |
| 208_112S | 0.060 | 650 | 554 | 85.2 | -0.056 | 747 | 631 | 84.5 |
| 208_113S | 0.035 | 239 | 173 | 72.4 | -0.053 | 262 | 194 | 74.0 |
| 208_114S | 0.056 | 42 | 39 | 92.9 | -0.048 | 31 | 27 | 87.1 |
| 208_115S | 0.053 | 40 | 33 | 82.5 | -0.080 | 34 | 29 | 85.3 |
| 208_116S | 0.037 | 106 | 82 | 77.4 | -0.059 | 68 | 54 | 79.4 |
| 208_117S | 0.023 | 449 | 223 | 49.7 | -0.022 | 572 | 296 | 51.7 |
| 208_118S | 0.027 | 2,246 | 1,593 | 70.9 | -0.028 | 2,278 | 1,671 | 73.4 |
| 208_119S | 0.052 | 222 | 172 | 77.5 | -0.058 | 189 | 148 | 78.3 |
| 208_120S | 0.056 | 291 | 241 | 82.8 | -0.054 | 263 | 212 | 80.6 |
| 208_121S | 0.037 | 426 | 285 | 66.9 | -0.029 | 416 | 257 | 61.8 |
| 208_122S | 0.086 | 9 | 8 | 88.9 | -0.093 | 7 | 5 | 71.4 |
| 208_125S | 0.019 | 23 | 12 | 52.2 | 0.008 | 15 | 6 | 40.0 |
| **Total:** | | **45,237** | **28,246** | **62.4 %** | | **41,521** | **26,691** | **64.3 %** |

**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**

1 For the relevant time periods, all traders in sub-accounts 128, 188 and 208 had Layering Loops except trader 208_124S.

2 Midpoint change is calculated as (prevailing NBBO midpoint at time of Quiet-side execution / prevailing NBBO midpoint at beginning of loop) - 1.

# Exhibit 6.
# Realized Spread Analysis[1,2]

| Trader | Loud-side Purchase Executions | Quiet-side Purchase Executions | Loud-side Sale Executions | Quiet-side Sale Executions |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 128_100S | $ -0.0360 | $ 0.0492 | $ -0.0593 | $ 0.0410 |
| 128_101S | -0.0798 | 0.1119 | -0.1159 | 0.0648 |
| 128_102S | -0.0219 | 0.0437 | -0.0639 | 0.0265 |
| 128_103S | -0.0963 | 0.0928 | -0.1096 | 0.0613 |
| 128_104S | -0.0363 | 0.0459 | -0.0387 | 0.0465 |
| 128_105S | -0.0183 | 0.0397 | -0.0277 | 0.0373 |
| 128_106S | -0.0301 | 0.0550 | -0.0439 | 0.0470 |
| 128_107S | -0.0411 | 0.0802 | -0.0875 | 0.0445 |
| 188_100S | -0.0074 | 0.0176 | -0.0217 | 0.0099 |
| 188_101S | -0.0134 | 0.0105 | -0.0139 | 0.0142 |
| 188_102S | -0.0141 | 0.0159 | -0.0246 | 0.0050 |
| 208_100S | -0.0309 | 0.1442 | -0.1985 | 0.0535 |
| 208_101S | -0.0639 | 0.0261 | -0.0303 | 0.0685 |
| 208_102S | -0.0378 | 0.0211 | -0.0252 | 0.0435 |
| 208_103S | -0.0171 | 0.0330 | -0.0290 | 0.0191 |
| 208_104S | -0.0278 | 0.0592 | -0.0480 | 0.0701 |
| 208_105S | 0.1334 | -0.0833 | -0.0384 | -0.0726 |
| 208_106S | -0.0287 | 0.0254 | -0.0210 | 0.0240 |
| 208_107S | -0.0265 | 0.0422 | -0.0530 | 0.0177 |
| 208_108S | -0.0246 | 0.0324 | -0.0403 | 0.0228 |
| 208_109S | -0.0472 | 0.0325 | -0.0447 | 0.0348 |
| 208_110S | -0.0455 | 0.0965 | -0.1367 | 0.0305 |
| 208_111S | -0.0611 | 0.0725 | -0.0737 | 0.0648 |
| 208_112S | -0.0050 | 0.0114 | -0.0073 | 0.0105 |
| 208_113S | -0.0333 | 0.0338 | -0.0287 | 0.0248 |
| 208_114S | 0.0008 | 0.0192 | -0.0198 | 0.0125 |
| 208_115S | -0.0518 | 0.0917 | -0.1026 | 0.0263 |
| 208_116S | -0.1136 | 0.0808 | -0.0883 | 0.1379 |
| 208_117S | -0.0314 | 0.0866 | -0.0749 | 0.0540 |
| 208_118S | -0.0130 | 0.0137 | -0.0107 | 0.0170 |
| 208_119S | -0.0407 | 0.0108 | -0.0157 | 0.0463 |
| 208_120S | -0.0188 | 0.0179 | -0.0208 | 0.0141 |
| 208_121S | -0.0389 | 0.0764 | -0.0653 | 0.0411 |
| 208_122S | -0.1051 | 0.0028 | 0.0203 | 0.0611 |
| 208_125S | 0.0756 | -0.0335 | -0.0100 | 0.0224 |
| **Total:** | **$ -0.0326** | **$ 0.0438** | **$ -0.0472** | **$ 0.0334** |

**Source:**

Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**

[1] Realized spread is calculated on a volume weighted average basis using the formula: q * (NBBO midpoint five minutes after trade - execution price), where q is +1 for purchases and -1 for sales. See: Terrence Hendershott, Charles Jones, and Albert Menkveld, "Does Algorithmic Trading Improve Liquidity?", *Journal of Finance* 66 (2011):11.

[2] For the relevant time periods, all traders in sub-accounts 128, 188 and 208 had Layering Loops except trader 208_124S.

**Exhibit 7a.**
**Trading in CERN on November 1, 2012 by Trader 188_102S**




**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Exhibit 7b.**
**Trading in CERN on November 1, 2012 by Trader 188_102S**







**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Exhibit 8a.**
**Trading in TV on August 12, 2015 by Trader 128_102S**




**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Exhibit 8b.**
**Trading in TV on August 12, 2015 by Trader 128_102S**




**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Exhibit 9 (Revised 6/23/17).**
**Equity Trading Revenue Analysis**
**2010 - 2016 [1,2]**

| Year | Trading Revenue - Loud-side Executions ($) | Trading Revenue - Quiet-side Executions ($) | Trading Revenue - Layering Loop Trades ($) | Per Share Trading Revenue - Loud-side Executions ($)[2] | Per Share Trading Revenue - Quiet-side Executions ($)[2] |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) =(2)+(3) | (5) | (6) |
| 2010 | $ 0 | $ 70 | $ 70 | $ 0.0000 | $ 0.0316 |
| 2011 | 235 | 14,100 | 14,334 | 0.0015 | 0.0108 |
| 2012 [3] | 35,417 | 1,913,839 | 1,949,256 | 0.0020 | 0.0106 |
| 2013 | -11,630 | 4,118,299 | 4,106,669 | -0.0005 | 0.0173 |
| 2014 | -6,193 | 3,162,917 | 3,156,725 | -0.0004 | 0.0141 |
| 2015 | -44,741 | 8,393,422 | 8,348,681 | -0.0023 | 0.0307 |
| 2016 | -22,095 | 4,075,448 | 4,053,353 | -0.0029 | 0.0320 |
| **Total:** | **$ -49,007** | **$ 21,678,095** | **$ 21,629,088** | **$ -0.0006** | **$ 0.0207** |
| | | **Total (March 12, 2012 onwards):** | **$ 21,089,398** | | |

**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**

[1] Trading revenue is calculated using the first-in first-out (FIFO) methodology, only for equity trades.

[2] Revenue per share is calculated as trading revenue divided by number of shares purchased and sold.

[3] The total trading revenue generated from Layering Loops between March 12, 2012 and December 31, 2012 is $1,423,970.

**Exhibit 10 (Revised 6/23/17).**
**Equity Trading Revenue and Volume Analysis**
**2010 - 2016 [1,2]**

| Year | Trading Revenue - Layering Loop Trades ($) | Total Trading Revenue ($) | Percent Layering Loop Revenue | Trading Volume - Layering Loop Trades | Total Trading Volume | Percent Layering Loop Volume |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) =(2)/(3) | (5) | (6) | (7) =(5)/(6) |
| | | | | (Billion Shares) | (Billion Shares) | |
| 2010 | $ 70 | $ 157,500 | 0.0 % | 0.0 | 0.0 | 0.0 % |
| 2011 | 14,334 | 2,840,867 | 0.5 | 0.0 | 0.2 | 0.8 |
| 2012 [3] | 1,949,256 | 12,649,829 | 15.4 | 0.2 | 4.3 | 4.6 |
| 2013 | 4,106,669 | 11,846,923 | 34.7 | 0.3 | 5.4 | 4.8 |
| 2014 | 3,156,725 | 7,525,486 | 41.9 | 0.2 | 4.9 | 4.9 |
| 2015 | 8,348,681 | 7,894,040 | 105.8 [4] | 0.3 | 6.7 | 4.4 |
| 2016 | 4,053,353 | 5,083,681 | 79.7 | 0.1 | 3.8 | 3.5 |
| **Total:** | **$ 21,629,088** | **$ 47,998,325** | **45.1 %** | **1.1** | **25.4** | **4.4 %** |
| **Total (March 12, 2012 onwards):** | | | **49.7 %** | | | **4.4 %** |

**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**

[1] Trading revenue is calculated using the first-in first-out (FIFO) methodology, only for equity trades.

[2] Trading volume is calculated as the number of shares purchased and sold.

[3] The total trading revenue generated from Layering Loops between March 12, 2012 and December 31, 2012 is $1,423,970.

[4] Trading revenue associated with Non-Layering Loops is negative in 2015.

## Exhibit 11.
## Cancellation Analysis for Alternative Ratios:
## Time from Last Quiet-side Execution/Cancellation to All Loud-side Cancellations
## (Cumulative Percent of Layering Loops)[1]

| | Cumulative Percent of Layering Loops with Cancellation Time Less Than: | | | | |
|---|---|---|---|---|---|
| Criteria | 1 Second | 2 Seconds | 3 Seconds | 4 Seconds | 5 Seconds |
| (1) | (2) | (3) | (4) | (5) | (6) |
| Order Ratio >= 2 & Execution Ratio >= 3 | 51.8 % | 73.8 % | 84.7 % | 90.3 % | 93.4 % |
| Order Ratio >= 2 & Execution Ratio >= 5 | 52.1 | 74.2 | 85.0 | 90.4 | 93.5 |
| Order Ratio >= 2 & Execution Ratio >= 10 | 52.9 | 75.0 | 85.5 | 90.7 | 93.6 |
| Order Ratio >= 3 & Execution Ratio >= 3 | 45.8 | 70.6 | 82.5 | 88.7 | 92.2 |
| Order Ratio >= 3 & Execution Ratio >= 5 | 46.2 | 71.0 | 82.8 | 88.9 | 92.3 |
| Order Ratio >= 3 & Execution Ratio >= 10 | 47.0 | 71.9 | 83.4 | 89.2 | 92.5 |
| Order Ratio >= 5 & Execution Ratio >= 3 | 42.5 | 69.3 | 81.5 | 87.8 | 91.4 |
| Order Ratio >= 5 & Execution Ratio >= 5 | 42.8 | 69.6 | 81.7 | 87.8 | 91.4 |
| Order Ratio >= 5 & Execution Ratio >= 10 | 43.3 | 70.1 | 82.1 | 88.1 | 91.6 |
| Order Ratio >= 10 & Execution Ratio >= 3 | 40.9 | 68.4 | 80.7 | 87.0 | 90.6 |
| Order Ratio >= 10 & Execution Ratio >= 5 | 41.0 | 68.5 | 80.8 | 86.9 | 90.6 |
| Order Ratio >= 10 & Execution Ratio >= 10 | 40.9 | 68.6 | 80.9 | 87.0 | 90.6 |

**Source:**

Avalon Trade Data from Lek Securities Corp.

**Notes:**

[1] Time to cancellation is the average time taken from the last Quiet-side execution/cancellation, whichever comes later, to all Loud-side cancellations (provided there are outstanding Loud-side orders as of the last Quiet-side execution/cancellation).

**Exhibit 12 (Revised 6/23/17).**
**Position Analysis for Alternative Ratios:**
**Starting Position Relative to Loud-side Orders**

| Criteria | Position Going Into Loop | Number of Layering Loops[1]: With Loud-side Purchase Orders | With Loud-side Sale Orders | Total | Percent Loud-side Inconsistent with Market Making[2] |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) =(3)+(4) | (6) |
| Order Ratio >= 2 & Execution Ratio >= 3 | Long | 279,747 | 37,336 | 317,083 | 88.2 % |
| | Short | 25,751 | 199,815 | 225,566 | 88.6 |
| Order Ratio >= 2 & Execution Ratio >= 5 | Long | 244,702 | 35,054 | 279,756 | 87.5 |
| | Short | 23,464 | 176,248 | 199,712 | 88.3 |
| Order Ratio >= 2 & Execution Ratio >= 10 | Long | 208,290 | 32,967 | 241,257 | 86.3 |
| | Short | 21,763 | 152,007 | 173,770 | 87.5 |
| Order Ratio >= 3 & Execution Ratio >= 3 | Long | 197,536 | 18,480 | 216,016 | 91.4 |
| | Short | 12,267 | 144,148 | 156,415 | 92.2 |
| Order Ratio >= 3 & Execution Ratio >= 5 | Long | 173,182 | 17,251 | 190,433 | 90.9 |
| | Short | 10,908 | 127,359 | 138,267 | 92.1 |
| Order Ratio >= 3 & Execution Ratio >= 10 | Long | 149,193 | 16,226 | 165,419 | 90.2 |
| | Short | 10,014 | 111,092 | 121,106 | 91.7 |
| Order Ratio >= 5 & Execution Ratio >= 3 | Long | 137,107 | 8,209 | 145,316 | 94.4 |
| | Short | 5,562 | 101,773 | 107,335 | 94.8 |
| Order Ratio >= 5 & Execution Ratio >= 5 | Long | 119,775 | 7,554 | 127,329 | 94.1 |
| | Short | 4,703 | 89,604 | 94,307 | 95.0 |
| Order Ratio >= 5 & Execution Ratio >= 10 | Long | 103,156 | 7,027 | 110,183 | 93.6 |
| | Short | 4,200 | 78,335 | 82,535 | 94.9 |
| Order Ratio >= 10 & Execution Ratio >= 3 | Long | 104,182 | 5,860 | 110,042 | 94.7 |
| | Short | 3,919 | 75,794 | 79,713 | 95.1 |
| Order Ratio >= 10 & Execution Ratio >= 5 | Long | 90,631 | 5,306 | 95,937 | 94.5 |
| | Short | 3,209 | 66,319 | 69,528 | 95.4 |
| Order Ratio >= 10 & Execution Ratio >= 10 | Long | 77,225 | 4,911 | 82,136 | 94.0 |
| | Short | 2,799 | 57,133 | 59,932 | 95.3 |

**Source:**
Avalon Trade Data from Lek Securities Corp.
**Notes:**
[1] Analysis excludes Layering Loops with zero position going into Loop.
[2] Loud-side purchase orders are inconsistent with market making given a long position going into a Loop, while Loud-side sale orders are inconsistent with market making given a short position going into a Loop.

**Exhibit 13.**
**NBBO Movement Analysis for Alternative Ratios:**
**Price Movement Relative to Loud-side Orders**

| | Loud-side Orders are Purchases | | | | Loud-side Orders are Sales | | | |
|---|---|---|---|---|---|---|---|---|
| Criteria | Average NBBO Midpoint Change from Loop Start to Quiet-side Executions[1] | Number of Loops with NBBO Data Available | Number of Loops where NBBO Midpoint Increased | Percent of Loops where NBBO Midpoint Increased | Average NBBO Midpoint Change from Loop Start to Quiet-side Executions[1] | Number of Loops with NBBO Data Available | Number of Loops where NBBO Midpoint Decreased | Percent of Loops where NBBO Midpoint Decreased |
| (1) | (2) | (3) | (4) | (5) =(4)/(3) | (6) | (7) | (8) | (9) =(8)/(7) |
| Order Ratio >= 2 & Execution Ratio >= 3 | 0.0294 % | 45,237 | 28,246 | 62.4 % | -0.0312 % | 41,521 | 26,691 | 64.3 % |
| Order Ratio >= 2 & Execution Ratio >= 5 | 0.0241 | 38,497 | 22,732 | 59.0 | -0.0265 | 35,341 | 21,570 | 61.0 |
| Order Ratio >= 2 & Execution Ratio >= 10 | 0.0167 | 31,468 | 16,992 | 54.0 | -0.0187 | 28,313 | 15,708 | 55.5 |
| Order Ratio >= 3 & Execution Ratio >= 3 | 0.0266 | 21,884 | 13,278 | 60.7 | -0.0276 | 19,377 | 11,953 | 61.7 |
| Order Ratio >= 3 & Execution Ratio >= 5 | 0.0220 | 19,038 | 10,997 | 57.8 | -0.0235 | 16,822 | 9,865 | 58.6 |
| Order Ratio >= 3 & Execution Ratio >= 10 | 0.0174 | 16,334 | 8,869 | 54.3 | -0.0180 | 14,161 | 7,694 | 54.3 |
| Order Ratio >= 5 & Execution Ratio >= 3 | 0.0288 | 7,666 | 4,901 | 63.9 | -0.0280 | 6,628 | 4,234 | 63.9 |
| Order Ratio >= 5 & Execution Ratio >= 5 | 0.0271 | 6,962 | 4,370 | 62.8 | -0.0263 | 6,025 | 3,765 | 62.5 |
| Order Ratio >= 5 & Execution Ratio >= 10 | 0.0248 | 6,217 | 3,817 | 61.4 | -0.0241 | 5,388 | 3,287 | 61.0 |
| Order Ratio >= 10 & Execution Ratio >= 3 | 0.0354 | 4,785 | 3,289 | 68.7 | -0.0316 | 4,159 | 2,809 | 67.5 |
| Order Ratio >= 10 & Execution Ratio >= 5 | 0.0345 | 4,424 | 3,018 | 68.2 | -0.0309 | 3,866 | 2,589 | 67.0 |
| Order Ratio >= 10 & Execution Ratio >= 10 | 0.0326 | 3,964 | 2,684 | 67.7 | -0.0293 | 3,480 | 2,305 | 66.2 |

**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.
**Notes:**
[1] Midpoint change is calculated as (prevailing NBBO midpoint at time of Quiet-side execution / prevailing NBBO midpoint at beginning of loop) - 1.

# Exhibit 14.
## Realized Spread Analysis for Alternative Ratios[1]

| Criteria | Loud-side Purchase Executions | Quiet-side Purchase Executions | Loud-side Sale Executions | Quiet-side Sale Executions |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| Order Ratio >= 2 & Execution Ratio >= 3 | $ -0.0326 | $ 0.0438 | $ -0.0472 | $ 0.0334 |
| Order Ratio >= 2 & Execution Ratio >= 5 | -0.0282 | 0.0408 | -0.0442 | 0.0307 |
| Order Ratio >= 2 & Execution Ratio >= 10 | -0.0222 | 0.0356 | -0.0343 | 0.0284 |
| Order Ratio >= 3 & Execution Ratio >= 3 | -0.0320 | 0.0503 | -0.0538 | 0.0375 |
| Order Ratio >= 3 & Execution Ratio >= 5 | -0.0290 | 0.0477 | -0.0510 | 0.0360 |
| Order Ratio >= 3 & Execution Ratio >= 10 | -0.0248 | 0.0432 | -0.0401 | 0.0350 |
| Order Ratio >= 5 & Execution Ratio >= 3 | -0.0404 | 0.0677 | -0.0699 | 0.0528 |
| Order Ratio >= 5 & Execution Ratio >= 5 | -0.0366 | 0.0659 | -0.0661 | 0.0521 |
| Order Ratio >= 5 & Execution Ratio >= 10 | -0.0405 | 0.0622 | -0.0581 | 0.0519 |
| Order Ratio >= 10 & Execution Ratio >= 3 | -0.0497 | 0.0787 | -0.0905 | 0.0593 |
| Order Ratio >= 10 & Execution Ratio >= 5 | -0.0417 | 0.0752 | -0.0769 | 0.0575 |
| Order Ratio >= 10 & Execution Ratio >= 10 | -0.0414 | 0.0706 | -0.0647 | 0.0559 |

**Source:**

Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**

[1] Realized spread is calculated on a volume weighted average basis using the formula: q * (NBBO midpoint five minutes after trade - execution price), where q is +1 for purchases and -1 for sales. See: Terrence Hendershott, Charles Jones, and Albert Menkveld, “Does Algorithmic Trading Improve Liquidity?”, *Journal of Finance* 66 (2011):11.

**Exhibit 15 (Revised 6/23/17).**
**Equity Trading Revenue Analysis for Alternative Ratios**
**2012 - 2016 [1,2,3]**

| Criteria | Trading Revenue - Loud-side Executions ($) | Trading Revenue - Quiet-side Executions ($) | Trading Revenue - Layering Loop Trades ($) | Per Share Trading Revenue - Loud-side Executions ($)[2] | Per Share Trading Revenue - Quiet-side Executions ($)[2] |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) =(2)+(3) | (5) | (6) |
| Order Ratio >= 2 & Execution Ratio >= 3 | $ -64,090 | $ 21,153,488 | $ 21,089,398 | $ -0.0008 | $ 0.0211 |
| Order Ratio >= 2 & Execution Ratio >= 5 | -11,054 | 19,251,133 | 19,240,080 | -0.0003 | 0.0221 |
| Order Ratio >= 2 & Execution Ratio >= 10 | 9,381 | 15,904,484 | 15,913,865 | 0.0006 | 0.0229 |
| Order Ratio >= 3 & Execution Ratio >= 3 | -39,679 | 14,807,825 | 14,768,146 | -0.0007 | 0.0197 |
| Order Ratio >= 3 & Execution Ratio >= 5 | 665 | 13,773,194 | 13,773,859 | 0.0000 | 0.0210 |
| Order Ratio >= 3 & Execution Ratio >= 10 | 15,821 | 11,961,238 | 11,977,059 | 0.0013 | 0.0225 |
| Order Ratio >= 5 & Execution Ratio >= 3 | -32,628 | 11,213,046 | 11,180,418 | -0.0008 | 0.0191 |
| Order Ratio >= 5 & Execution Ratio >= 5 | -1,197 | 10,576,166 | 10,574,969 | -0.0001 | 0.0206 |
| Order Ratio >= 5 & Execution Ratio >= 10 | 12,066 | 9,484,326 | 9,496,392 | 0.0012 | 0.0224 |
| Order Ratio >= 10 & Execution Ratio >= 3 | -27,478 | 9,896,000 | 9,868,521 | -0.0007 | 0.0192 |
| Order Ratio >= 10 & Execution Ratio >= 5 | -2,240 | 9,344,721 | 9,342,481 | -0.0001 | 0.0206 |
| Order Ratio >= 10 & Execution Ratio >= 10 | 8,873 | 8,399,709 | 8,408,582 | 0.0010 | 0.0223 |

**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**
[1] Trading revenue is calculated using the first-in first-out (FIFO) methodology, only for equity trades.
[2] Revenue per share is calculated as trading revenue divided by number of shares purchased and sold.
[3] The period of analysis starts March 12, 2012.

**Exhibit 16 (Revised 6/23/17).**
**Equity Trading Revenue and Volume Analysis for Alternative Ratios**
**2012 - 2016 [1,2,3]**

| Criteria (1) | Trading Revenue - Layering Loop Trades ($) (2) | Total Trading Revenue ($) (3) | Percent Layering Loop Revenue (4) =(2)/(3) | Trading Volume - Layering Loop Trades (5) | Total Trading Volume (6) | Percent Layering Loop Volume (7) =(5)/(6) |
|---|---|---|---|---|---|---|
| | | | | *(Billion Shares)* | *(Billion Shares)* | |
| Order Ratio >= 2 & Execution Ratio >= 3 | $ 21,089,398 | $ 42,464,618 | 49.7 % | 1.1 | 24.7 | 4.4 % |
| Order Ratio >= 2 & Execution Ratio >= 5 | 19,240,080 | 42,464,618 | 45.3 | 0.9 | 24.7 | 3.7 |
| Order Ratio >= 2 & Execution Ratio >= 10 | 15,913,865 | 42,464,618 | 37.5 | 0.7 | 24.7 | 2.9 |
| Order Ratio >= 3 & Execution Ratio >= 3 | 14,768,146 | 42,464,618 | 34.8 | 0.8 | 24.7 | 3.3 |
| Order Ratio >= 3 & Execution Ratio >= 5 | 13,773,859 | 42,464,618 | 32.4 | 0.7 | 24.7 | 2.8 |
| Order Ratio >= 3 & Execution Ratio >= 10 | 11,977,059 | 42,464,618 | 28.2 | 0.5 | 24.7 | 2.2 |
| Order Ratio >= 5 & Execution Ratio >= 3 | 11,180,418 | 42,464,618 | 26.3 | 0.6 | 24.7 | 2.5 |
| Order Ratio >= 5 & Execution Ratio >= 5 | 10,574,969 | 42,464,618 | 24.9 | 0.5 | 24.7 | 2.2 |
| Order Ratio >= 5 & Execution Ratio >= 10 | 9,496,392 | 42,464,618 | 22.4 | 0.4 | 24.7 | 1.8 |
| Order Ratio >= 10 & Execution Ratio >= 3 | 9,868,521 | 42,464,618 | 23.2 | 0.6 | 24.7 | 2.2 |
| Order Ratio >= 10 & Execution Ratio >= 5 | 9,342,481 | 42,464,618 | 22.0 | 0.5 | 24.7 | 1.9 |
| Order Ratio >= 10 & Execution Ratio >= 10 | 8,408,582 | 42,464,618 | 19.8 | 0.4 | 24.7 | 1.6 |

**Source:**
Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**
[1] Trading revenue is calculated using the first-in first-out (FIFO) methodology, only for equity trades.
[2] Trading volume is calculated as the number of shares purchased and sold.
[3] The period of analysis starts March 12, 2012.

# Exhibit 17.
# Statistical Significance Tests

**Exhibit 4 - Position Analysis: Starting Position Relative to Loud-Side Orders**

| Position Going Into Loop | Percent Loud-side Inconsistent with Market Making | Probability of Result in (2) Differing From 50% by Chance | Percent of Layering Loops to Exclude for (3) to be >1%[1] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| Long | 88.2 % | <0.01 % | >99.9 % |
| Short | 88.6 | <0.01 | >99.9 |

**Exhibit 5 - NBBO Movement Analysis: Price Movement Relative to Loud-side Orders**

| Loud-Side Orders | Percent of Loops where where NBBO Midpoint Increased/Decreased | Probability of Result in (2) Differing From 50% by Chance | Percent of Layering Loops to Exclude for (3) to be >1%[1] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| Purchases | 62.4 % | <0.01 % | >99.7 % |
| Sales | 64.3 | <0.01 | >99.8 |

**Exhibit 6 - Realized Spread Analysis - Purchase Executions**

| Realized Spread for Loud-side Purchase Executions | Realized Spread for Quiet-side Purchase Executions | Probability of Difference Between (1)-(2) Occurring by Chance | Percent of Executions to Exclude for (3) to be >1%[1] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| $ -0.0326 | $ 0.0438 | <0.01 % | >99.8 % |

**Exhibit 6 - Realized Spread Analysis - Sale Executions**

| Realized Spread for Loud-side Sale Executions | Realized Spread for Quiet-side Sale Executions | Probability of Difference Between (1)-(2) Occurring by Chance | Percent of Executions to Exclude for (3) to be >1%[1] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| $ -0.0472 | $ 0.0334 | <0.01 % | >99.9 % |

**Exhibit 9 - Equity Trading Revenue Analysis**

| Per Share Trading Revenue for Loud-side Executions | Per Share Trading Revenue for Quiet-side Executions | Probability of Difference Between (1)-(2) Occurring by Chance | Percent of Executions to Exclude for (3) to be >1%[1] |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| $ -0.0006 | $ 0.0207 | <0.01 % | >99.9 % |

**Source:**

Avalon Trade Data from Lek Securities Corp.; Wharton Research Data Services.

**Notes:**

[1] The percentage of Layering Loops/executions that would need to be removed for the results to no longer be statistically significant at the 1% significance level.