UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES & EXCHANGE COMMISSION,       :      17cv1789 (DLC)
                                        :
                      Plaintiff,        :         ORDER
                                        :
          -v-                           :
                                        :
LEK SECURITIES CORPORATION, SAMUEL      :
LEK, VALI MANAGEMENT PARTNERS d/b/a     :
AVALON FA, LTD., NATHAN FAYYER, and     :
SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK  :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2018

DENISE COTE, District Judge:

On November 19, 2018, defendants Lek Securities Corporation and Samuel Lek (the "Lek Defendants") filed a motion to preclude testimony from two of the plaintiff's witnesses. It is hereby

ORDERED that the motion is stayed pending the resolution of the Lek Defendants' motion for summary judgment. The Court will consider the objections in the motion in the course of reviewing the summary judgment papers and will order further briefing if necessary.

Dated:    New York, New York
          November 20, 2018

                                    _____
                                           DENISE COTE
                                    United States District Judge