

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street , N.E.
Washington, D.C.  20549-5985

**DIVISION OF ENFORCEMENT**

# MEMORANDUM ENDORSED.

David J. Gottesman
Deputy Chief Litigation Counsel
Telephone: (202) 551-4470
Facsimile:   (202) 772-9282
E-Mail:   gottesmand@sec.gov

April 19, 2019

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY   10007-1312

Re:   *SEC v. Lek Securities Corp.*
(S.D.N.Y. Case No. 17-cv-1789 (DLC))

Dear Judge Gorenstein:

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully requests that the Court permit SEC trial counsel along with an Associate Director of the Division of Enforcement to serve as the SEC's participants in the May 7, 2019 settlement conference. Counsel for the defendants have informed us that they do not object to this request.

The parties previously participated in settlement conferences with Your Honor on May 11, 2017 and August 16, 2018.  The SEC requested, and Your Honor approved, having SEC trial counsel and an Associate Director of the Division of Enforcement represent the SEC at those settlement conferences.  Attached as Exhibit 1 are copies of the SEC's April 14, 2017 letter explaining the basis for the request, and the Court's endorsement granting that request with regard to the May 11, 2017 session.  *See* ECF Nos. 54 and 55.  Attached as Exhibit 2 is a copy of the Court's endorsement granting the SEC's request regarding the August 16, 2018 session.  *See* ECF No. 205.  The reasons for having these representatives appear for the SEC remain the same.

Accordingly, the SEC respectfully requests that the Court permit the SEC to be represented by me, my co-counsel Olivia Choe, and SEC Associate Director of the Division of Enforcement Melissa Hodgman.

This request is granted.
So Ordered.  April 22, 2019

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Very truly yours,

/s/ David J. Gottesman
Deputy Chief Litigation Counsel
Division of Enforcement

cc (by ECF):  Counsel of Record