Steve M. Dollar
David B. Schwartz
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York  10019
Tel.:  (212) 318-3000
Fax:  (212) 318-3400

Kevin J. Harnisch (*pro hac vice*)
799 9th Street NW, Suite 1000
Washington, District of Columbia  20001

Ronald D. Smith (*pro hac vice*)
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201

*Attorneys for Defendants Lek Securities Corporation and Samuel Lek*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                 Plaintiff,<br>v.<br><br>LEK SECURITIES CORPORATION, SAMUEL LEK, VALI MANAGEMENT PARTNERS d/b/a AVALON FA LTD, NATHAN FAYYER, and SERGEY PUSTELNIK a/k/a/ SERGE PUSTELNIK,<br><br>                                 Defendants. | 17-cv-01789 (DLC)<br><br>**NOTICE OF THE LEK DEFENDANTS' MOTION FOR RECONSIDERATION** |
|---|---|

**PLEASE TAKE NOTICE** that, upon Defendants Lek Securities Corporation and Samuel Lek's (collectively the "Lek Defendants") Memorandum of Law in Support of their Motion for Reconsideration, and all pleadings, papers and proceedings in this action, the Lek Defendants will move this Court before the Honorable Denise L. Cote at the U.S. Courthouse located at 500 Pearl Street, New York, New York, at a date to be determined by the Court, for an Order pursuant to S.D.N.Y. Local Civil Rule 6.3 granting reconsideration of this Court's April 8, 2019 Opinion &

Order granting Plaintiff's motion to exclude the testimony and opinions of Roger Begelman [Dkt. No. 355], and for such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1(b), Plaintiff shall serve opposing papers, if any, no later than 14 days following the date of service of the Motion, and the Lek Defendants shall serve reply papers, if any, no later than 7 days following the date of service of Plaintiff's opposition.

Dated: New York, New York
April 22, 2019

NORTON ROSE FULBRIGHT US LLP

By: /s/ Steve M. Dollar
Steve M. Dollar
David B. Schwartz
1301 Avenue of the Americas
New York, New York 10019
Tel.: (212) 318-3000
Fax: (212) 318-3400
steve.dollar@nortonrosefulbright.com
david.schwartz@nortonrosefulbright.com

Kevin J. Harnisch
799 9th Street NW, Suite 1000
Washington, District of Columbia 20001-4501
Tel.: (202) 662-4520
Fax: (202) 662-4643
kevin.harnisch@nortonrosefulbright.com

Ronald D. Smith (*pro hac vice*)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel.: (214) 855-8000
Fax: (214) 855-8200
ron.smith@nortonrosefulbright.com

*Attorneys for Defendants Lek Securities Corporation and Samuel Lek*