UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,    :     17cv1789 (DLC)
                                       :
                 Plaintiff,            :     ORDER
                                       :
         -v-                           :
                                       :
LEK SECURITIES CORPORATION, SAMUEL     :
LEK, VALI MANAGEMENT PARTNERS d/b/a    :
AVALON FA, LTD., NATHAN FAYYER, and    :
SERGEY PUSTELNIK a/k/a SERGE           :
PUSTELNIK,                             :
                                       :
                 Defendants.           :
----------------------------------------X

DENISE COTE, District Judge:

On April 22, 2019, defendants Lek Securities Corp. and Samuel Lek (together, the "Lek Defendants") filed a motion for partial reconsideration of an Opinion dated April 8, 2019. Accordingly, it is hereby

ORDERED that the plaintiff shall file any opposition to the motion for partial reconsideration by **April 30, 2019**. The Lek Defendants' reply, if any, shall be filed by **May 3** at **12:00 p.m.** At the time each brief is filed, the moving party shall supply Chambers with two (2) courtesy copies of the brief by mailing or delivering it to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          April 23, 2019

                                    _____
                                         DENISE COTE
                                    United States District Judge