1750 K Street, NW, Suite 700  
Washington, DC 20006  

(p) 202.289.4333  
(f) 202.888.6268  

steven@barentzenlaw.com

May 6, 2019

Honorable Gabriel Gorenstein  
United States District Court  
500 Pearl Street  
New York, NY 10007  

Re: Securities and Exchange Commission v. Lek Securities Corp., et al.  
<u>Case No. 17 CV 1789 (DLC)</u>

Your Honor:

We represent Avalon FA Ltd, Nathan Fayyer, and Sergey Pustelnik. We write to advise the Court that due to an emergency medical procedure Mr. Pustelnik will not be able to attend tomorrow's scheduled settlement conference in person. He will be available by phone. We have disclosed this fact to counsel for all parties and still plan on proceeding tomorrow.

Respectfully submitted,

Steven Barentzen

cc: All Counsel of Record

Admitted in DC, NY and MD