```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :    17cv1789 (DLC)
SECURITIES & EXCHANGE COMMISSION,         :
                                          :    ORDER
                Plaintiff,                :
                                          :
        -v-                               :
                                          :
LEK SECURITIES CORPORATION, SAMUEL        :
LEK, VALI MANAGEMENT PARTNERS d/b/a       :
AVALON FA, LTD., NATHAN FAYYER, and       :
SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK:
                                          :
                Defendants.               :
                                          :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 13 2019

DENISE COTE, District Judge:

On May 10, 2019, the Court received a letter from plaintiff Securities and Exchange Commission requesting a resetting of the trial-ready date, currently scheduled for July 22, 2019. The Court also received a letter from defendants Lek Securities Corp. and Samuel Lek concerning the request.

It is hereby

ORDERED that a conference is scheduled for **June 10, 2019** at **2:30 p.m.** in Courtroom 18B at the United Stated Courthouse, 500 Pearl Street, New York, New York in order to select a trial

date.  Counsel must come prepared with the availability of all witnesses.

Dated:    New York, New York
          May 13, 2019

                                     _____
                                         DENISE COTE
                                    United States District Judge