UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>      Plaintiff,<br><br>  v.<br><br>Lek Securities Corporation, Samuel Lek, Vali Management Partners d/b/a Avalon FA, Ltd., Nathan Fayyer, and Sergey Pustelnik a/k/a Serge Pustelnik,<br><br>      Defendants. | 17 Civ. 1789 (DLC) (GWG)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Lek Securities Corporation and Samuel Lek in the above-captioned action:

      Richard D. Owens
      Latham & Watkins LLP
      885 Third Avenue
      New York, NY 10022
      Telephone: (212) 906-1200
      Facsimile: (212) 751-4864
      Email: richard.owens@lw.com

Dated: June 3, 2019
  New York, New York

      Respectfully Submitted,

      **LATHAM & WATKINS LLP**

      /s/ Richard D. Owens
      Richard D. Owens
      885 Third Avenue
      New York, NY 10022
      Tel: (212) 906-1200
      Fax: (212) 751-4864
      Email: richard.owens@lw.com

      *Attorneys for Defendants Lek Securities Corporation and Samuel Lek*