UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission,<br><br>                              Plaintiff,<br><br>        v.<br><br>Lek Securities Corporation, Samuel Lek, Vali Management Partners d/b/a Avalon FA, Ltd., Nathan Fayyer, and Sergey Pustelnik a/k/a Serge Pustelnik,<br><br>                              Defendants. | 17 Civ. 1789 (DLC) (GWG)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Lek Securities Corporation and Samuel Lek in the above-captioned action:

>Nicholas L. McQuaid
>Latham & Watkins LLP
>885 Third Avenue
>New York, NY 10022
>Telephone: (212) 906-1200
>Facsimile: (212) 751-4864
>Email: nicholas.mcquaid@lw.com

Dated: June 3, 2019
       New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Nicholas L. McQuaid
Nicholas L. McQuaid
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: nicholas.mcquaid@lw.com

*Attorneys for Defendants Lek Securities Corporation and Samuel Lek*