**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Lek Securities Corporation, Samuel Lek, Vali Management Partners d/b/a Avalon FA, Ltd., Nathan Fayyer, and Sergey Pustelnik a/k/a Serge Pustelnik,<br><br>　　　　　　　　Defendants. | 17 Civ. 1789 (DLC) (GWG)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Lek Securities Corporation and Samuel Lek in the above-captioned action:

　　　　　　　　Alysha M. Naik
　　　　　　　　Latham & Watkins LLP
　　　　　　　　885 Third Avenue
　　　　　　　　New York, NY 10022
　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　Facsimile: (212) 751-4864
　　　　　　　　Email: alysha.naik@lw.com

| | |
|---|---|
| Dated: June 3, 2019<br>　　　　New York, New York | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Alysha M. Naik<br>Alysha M. Naik<br>885 Third Avenue<br>New York, NY 10022<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864<br>Email: alysha.naik@lw.com<br><br>*Attorneys for Defendants Lek Securities Corporation and Samuel Lek* |