UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :    17cv1789 (DLC)
                                     :
                  Plaintiff,         :    SCHEDULING ORDER
                                     :
          -v-                        :
                                     :
LEK SECURITIES CORPORATION, SAMUEL   :
LEK, VALI MANAGEMENT PARTNERS d/b/a  :
AVALON FA, LTD., NATHAN FAYYER, and  :
SERGEY PUSTELNIK a/k/a SERGE         :
PUSTELNIK,                           :
                                     :
                  Defendants.        :
-------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2019
```

DENISE COTE, District Judge:

   As set forth at the conference held on June 10, 2019, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties shall identify all trial witnesses by **September 3, 2019**. Any depositions of trial witnesses not yet deposed must occur not later than **October 18**.

2.   The Joint Pretrial Order must be filed by **September 13, 2019**.

     As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests for Initial and Final Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due **September 27, 2019**. In the event a party does not file a Memorandum of Law on September 13, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

3.   Any motion in limine must be served by the following dates:

     -   Motion served by **September 13, 2019**

- Opposition served by **September 27, 2019**

- Reply, if any, served by **October 2, 2019**

At the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

4. The final pretrial conference is scheduled for **October 11, 2019** at **2:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS HEREBY ORDERED that the trial will begin at **9:30 a.m.** on **October 21, 2019**.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with the following documents:

   (a) Three copies of a complete exhibit list.

   (b) A set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labelled with the exhibit numbers and placed in a suitable container or box for ready reference.

   (c) The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence, expert reports, and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 p.m. to 2 p.m.

5. There should be no sidebars during jury trials. Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the

       Court in advance of the time that the jury will be hearing the evidence.

6. If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

7. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

Dated:    New York, New York
            June 12, 2019

                                        _____
                                            DENISE COTE
                                    United States District Judge