UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                              Plaintiff,<br><br>              v.<br><br>LEK SECURITIES CORPORATION, SAMUEL LEK, VALI MANAGEMENT PARTNERS d/b/a AVALON FA LTD, NATHAN FAYYER, and SERGEY PUSTELNIK a/k/a/ SERGE PUSTELNIK,<br><br>                                              Defendants. | 17-cv-01789 (DLC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated July 16, 2019, Defendants Lek Securities Corporation and Samuel Lek hereby move the Court for an order:  (1) granting leave to reopen expert discovery for the limited purpose of allowing the disclosure of Professor Chester Spatt and Mr. James Cangiano as defense expert witnesses, (2) setting a schedule for the submission of their reports, their depositions, and briefing on any related motions, and (3) granting such further relief as the Court deems just and proper.[1]

Dated: July 16, 2019
         New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Richard D. Owens
Richard D. Owens
Nicholas L. McQuaid
Alysha M. Naik
885 Third Avenue
New York, NY 10022
Tel:     (212) 906-1200
Fax:    (212) 751-4864
Email:  richard.owens@lw.com
             nicholas.mcquaid@lw.com

---

[1] Because this Motion to Reopen Expert Discovery does not fit squarely within the Court's 1(E) or 2(C) Rules, the Lek Defendants are erring on the side of caution in styling this as a formal motion.  The Lek Defendants will of course make themselves available to conference this matter should the Court prefer a less formal structure.

alysha.naik@lw.com

**NORTON ROSE FULBRIGHT US LLP**

/s/ Steve M. Dollar
Steve M. Dollar
David B. Schwartz
1301 Avenue of the Americas
New York, New York 10019
Tel.:   (212) 318-3000
Fax:   (212) 318-3400
Email: steve.dollar@nortonrosefulbright.com
           david.schwartz@nortonrosefulbright.com

Kevin J. Harnisch (*pro hac vice*)
799 9th Street NW, Suite 1000
Washington, District of Columbia 20001-4501
Tel.:   (202) 662-4520
Fax:   (202) 662-4643
Email: kevin.harnisch@nortonrosefulbright.com

Ronald D. Smith (*pro hac vice*)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel.:   (214) 855-8000
Fax:   (214) 855-8200
Email: ron.smith@nortonrosefulbright.com

*Attorneys for Defendants Lek Securities Corporation and Samuel Lek*