UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,         :    17cv1789 (DLC)
               Plaintiff,             :    ORDER
     -v-                                    :
LEK SECURITIES CORPORATION, SAMUEL          :
LEK, VALI MANAGEMENT PARTNERS d/b/a
AVALON FA, LTD., NATHAN FAYYER, and         :
SERGEY PUSTELNIK a/k/a SERGE                :
PUSTELNIK,                                  :
               Defendants.            :
-----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2019

DENISE COTE, District Judge:

On July 16, 2019, defendants Lek Securities Corporation and Samuel Lek (together, the "Lek Defendants") filed a motion to reopen expert discovery in the above-captioned case. It is hereby

ORDERED that plaintiff shall file any opposition to the motion by **July 29, 2019**. The Lek Defendants' reply, if any, shall be filed by **August 1**. At the time any opposition or reply papers are served, the moving party shall supply Chambers with two (2) courtesy copies of any such papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
            July 22, 2019

                                  _____
                                     DENISE COTE
                        United States District Judge