| | |
|---|---|
| **Nicholas L. McQuaid** | 53rd at Third |
| Direct Dial: 212-906-1255 | 885 Third Avenue |
| Nicholas.McQuaid@lw.com | New York, New York  10022-4834 |
| | Tel: +1.212.906.1200  Fax: +1.212.751.4864 |
| | www.lw.com |

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

August 1, 2019

<u>**VIA ECF**</u>

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, NY  10007

Re:   *Securities and Exchange Commission v. Lek Securities Corp., et al.* (17-cv-01789)

Dear Judge Cote:

We represent Defendants Lek Securities Corporation and Samuel Lek (together, the "Lek Defendants") in the above-referenced matter. Pursuant to Paragraph 3.F. of Your Honor's Individual Practices in Civil Cases, we respectfully request oral argument be scheduled on the Lek Defendants' Motion to Reopen Expert Discovery (Dkt. No. 390).

Thank you for your consideration.

Respectfully submitted,

/s/ *Nicholas L. McQuaid*

Nicholas L. McQuaid
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)