

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F St. N.E.
Washington, D.C. 20549

**DIVISION OF ENFORCEMENT**

Olivia S. Choe
Trial Counsel
(202) 551-4881
choeo@sec.gov

August 2, 2019

**VIA ECF**

Honorable Denise L. Cote
United States District Court
500 Pearl Street
New York, NY 10007

    Re:  **SEC v. Lek Securities Corp. et al.**, Case No. 17 CV 1789 (DLC)

Dear Judge Cote:

    Plaintiff Securities and Exchange Commission ("SEC") submits this response in opposition to the Lek Defendants' request for oral argument on their Motion to Reopen Expert Discovery.  ECF No. 394.

    The SEC respectfully submits that oral argument is unnecessary and would not aid the Court.  The parties' briefs thoroughly address the relevant factual and legal issues.  Oral argument would require the unnecessary expenditure of resources during a crucial period of trial preparation and would further delay resolution of the pending motion

        Respectfully submitted,

        /s/  Olivia S. Choe
        Olivia S. Choe

cc:    Counsel of record (via ECF)