```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                  Plaintiff,          :
                                      :
        -v-                           :
                                      :
LEK SECURITIES CORPORATION, SAMUEL    :
LEK, VALI MANAGEMENT PARTNERS d/b/a   :
AVALON FA, LTD., NATHAN FAYYER, and   :
SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK:
                                      :
                  Defendants.         :
                                      :
--------------------------------------X
```

17cv1789 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2019

DENISE COTE, District Judge:

The Court having arranged for a panel of jurors to appear
on Wednesday, October 16, 2019, it is hereby

ORDERED that the parties shall confer and by **September 27**
provide any requests, objections or comments on the attached
draft questionnaire for this panel, which is addressed solely to
the issue of the length of the trial.

IT IS FURTHER ORDERED that the SEC and counsel for the
defendants shall discuss a procedure (1) for their review of
these questionnaires on **October 17** to reach agreement, where
possible, as to which members of the venire should be excused
because jury service would impose an undue hardship on them; and
(2) for their presentation to the Court by **October 18** at **noon** of

their joint requests to excuse jurors and their separate

requests to excuse where agreement could not be reached.


Dated:      New York, New York
            August 23, 2019

                              _____
                                   DENISE COTE
                         United States District Judge