UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>     v.<br><br>LEK SECURITIES CORPORATION,<br>SAMUEL LEK,<br>VALI MANAGEMENT PARTNERS dba<br>  AVALON FA LTD,<br>NATHAN FAYYER, and<br>SERGEY PUSTELNIK a/k/a<br>  SERGE PUSTELNIK,<br><br>         Defendants. | CASE NO. 17-CV-1789 (DLC) |

**PLAINTIFF'S NOTICE OF MOTION *IN LIMINE* TO ADMIT CERTAIN EMAILS SENT AND/OR RECEIVED BY DEFENDANT PUSTELNIK**

**PLEASE TAKE NOTICE THAT** upon the accompanying memorandum of law and declaration of Olivia S. Choe and exhibits thereto, served upon counsel for the Avalon Defendants on this date, plaintiff U.S. Securities and Exchange Commission ("SEC") moves this Court for an Order admitting into evidence two emails sent and/or received by defendant Sergey Pustelnik, as well as a certified translation of one of those emails. The SEC further requests that the Court approve certain redactions to one of those emails (and its certified translation).

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Scheduling Order (ECF No. 384), the Avalon Defendants shall serve opposing papers, if any, no later than September 27, 2019, and the SEC shall have to and including October 2, 2019 to reply.

Dated:  September 13, 2019                    Respectfully submitted,

/s/  Olivia S. Choe
David J. Gottesman
Olivia S. Choe
Sarah S. Nilson
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549
Tel.: (202) 551-4881 (Choe)
Fax: (202) 772-9292
ChoeO@sec.gov
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2019, I filed the foregoing document on CM/ECF and thereby served all counsel of record.

/s/ Olivia S. Choe
Olivia S. Choe