UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEK SECURITIES CORPORATION, et al.,<br><br>Defendants. | Case No. 17-CV-1789 (DLC) |

## DEFENDANTS PUSTELNIK, FAYYER, AND AVALON'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PROFESSOR NEIL PEARSON

**PLEASE TAKE NOTICE** that, upon Defendants Sergey Pustelnik, Nathan Fayyer, and Avalon FA Ltd.'s ("Defendants") Memorandum of Law in Support of their Motion *in Limine* to Exclude the Testimony of Plaintiffs' expert Professor Neil Pearson and all pleadings, papers and proceedings in this action, Defendants will move this Court before the Honorable Denise L. Cote at the U.S. Courthouse located at 500 Pearl Street, NY, NY, at a date to be determined by the Court, for an Order precluding the SEC from relying on or presenting the testimony and opinions of Professor Neil Pearson at trial, and for such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's June 12, 2019 Scheduling Order, Plaintiff shall serve opposing papers no later than September 27, 2019, reply papers shall be due October 2, 2019.

Dated: September 13, 2019

                                                Respectfully submitted,

/s/ James M Wines
_____
James M Wines
**Law Office of James M Wines**
1802 Stirrup Lane
Alexandria, VA 22308
202.297.6768
winesj@wineslegal.com

Steven Barentzen
**Law Office of Steven Barentzen**
17 State Street, Suite 400
New York, NY 10004
Phone: (917) 476-0953
Fax:     (202) 888-6268
Steven@barentzenlaw.com

Attorneys for Defendants Sergey Pustelnik, Nathan Fayyer and Avalon FA LTD