UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEK SECURITIES CORPORATION, et al.,<br><br>Defendants. | Case No. 17-CV-1789 (DLC) |

### DEFENDANTS AVALON FA LTD'S, NATHAN FAYYER'S, AND SERGEY PUSTELNIK'S <u>MOTION TO RECONSIDER</u>

**PLEASE TAKE NOTICE** that, upon Defendants Sergey Pustelnik, Nathan Fayyer, and Avalon FA Ltd.'s ("Defendants") Memorandum of Law in Support of their Motion to Reconsider and all pleadings, papers and proceedings in this action, Defendants will move this Court before the Honorable Denise L. Cote at the U.S. Courthouse located at 500 Pearl Street, NY, NY, at a date to be determined by the Court, to reconsider those legal conclusions expressed in its rulings against the Lek Defendants' motions and apply the correct law to this case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's June 12, 2019 Scheduling Order, Plaintiff shall serve opposing papers no later than September 27, 2019, reply papers shall be due October 2, 2019.

Dated: September 13, 2019

        Respectfully submitted,

        _/s/ James M. Wines_

        James M Wines
        **Law Office of James M Wines**
        1802 Stirrup Lane
        Alexandria, VA 22308
        202.297.6768
        winesj@wineslegal.com

        Steven Barentzen
        **Law Office of Steven Barentzen**
        17 State Street, Suite 400
        New York, NY 10004
        Phone: (917) 476-0953
        Fax:    (202) 888-6268
        Steven@barentzenlaw.com

        Attorneys for Defendants Sergey Pustelnik,
        Nathan Fayyer and Avalon FA LTD