EXHIBIT A

# Summary of Who Produced Certain Avalon Emails

| | | Produced by: | | |
|---|---|---|---|---|
| | | AVALON | FAYYER | USAO |
| SEC Trial Ex. 1 | I am one of the very few places that still allow layering. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 2 | For layering it is a bit more costly as we pay very big legal bills every month to be protected. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 3 | costs to protect layering are very high these days …there are almost no places that allow this. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 4 | I have included both payout schedules for layering and normal trading. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 5 | For layering, you can send 50-100 at a time on different ECN's. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 6 | the broker is not a cheap one, but this is because they do tolerate and protect us | ✗ | ✗ | ✓ |
| SEC Trial Ex. 7 | We know this business very well and we will see right away if you are layering. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 8 | your people cannot do layering/spoofing and regular trading in one account. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 9 | You can see the commission schedule on page 6. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 10 | That means you can place 10 orders on each ecn, on 5 different ecns, that will be fifty orders. | ✗ | ✗ | ✓ |
| SEC Trial Ex. 11 | We allow layering and these sort of strategies only for intra day use | ✗ | ✗ | ✓ |
| SEC Trial Ex. 12 | but i mean I hope to be the china only and total agent of laying strategy | ✗ | ✗ | ✓ |
| SEC Trial Ex. 13 | Is it only Nomura that you know that does not limit anything? Is there anyone else? | ✗ | ✗ | ✓ |
| SEC Trial Ex. 14 | They want to forbid any layering . . . looks like LEK is the only solution for now. | ✗ | ✗ | ✓ |