EXHIBIT B

**Avalon Gmail Searches**

| Trial Exhibit Number | Z First Bates | Z Last Bates | Produced by Avalon | Produced by Fayyer | Produced by Other Parties |
|---|---|---|---|---|---|
| SEC Trial Exhibit 1 | Z-006033538 | Z-006033538 | No | No | USDJ |
| SEC Trial Exhibit 2 | Z-006120143 | Z-006120147 | No | No | USDJ |
| SEC Trial Exhibit 3 | Z-006164337 | Z-006164344 | No | No | USDJ |
| SEC Trial Exhibit 4 | Z-006120306 | Z-006120325 | No | No | USDJ |
| SEC Trial Exhibit 5 | Z-006164659 | Z-006164661 | No | No | USDJ |
| SEC Trial Exhibit 6 | Z-006035349 | Z-006035351 | No | No | USDJ |
| SEC Trial Exhibit 7 | Z-006129244 | Z-006129247 | No | No | USDJ |
| SEC Trial Exhibit 8 | Z-006175409 | Z-006175409 | No | No | USDJ |
| SEC Trial Exhibit 9 | Z-006188279 | Z-006188292 | No | No | USDJ |
| SEC Trial Exhibit 10 | Z-006086602 | Z-006086602 | No | No | USDJ |
| SEC Trial Exhibit 11 | Z-006035850 | Z-006035851 | No | No | USDJ |
| SEC Trial Exhibit 12 | Z-006112764 | Z-006112765 | No | No | USDJ |
| SEC Trial Exhibit 13 | Z-006041294 | Z-006041295 | No | No | USDJ |
| SEC Trial Exhibit 14 | Z-006127628 | Z-006127629 | No | No | USDJ |

Note:  US Attorney's Office (USAO) for the District of New Jersey is abbreviated as USDJ

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | | Received Production | Notes |
|---|---|---|---|---|---|---|---|
| | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 1 | Z-006033538 | Z-006033538 | Apply smart filters | | | | |
| | | | Sender address equals avalonfaltd@gmail.com | 1  Z-006033538 | Z-006033538 | USDJ-20151231 | |
| | | | Recipient address equals reggy@allnewstar.com | 2  Z-004031124 | Z-004031124 | USDJ-20160510 | |
| | | | Search in email subject for "hello from serge" | | | | |
| | | | (name pre/2 nathan) and (receiv* pre/2 contact pre/2 serge) | 1  Z-006033538 | Z-006033538 | USDJ-20151231 | 2 hits on 1/18/2013 1:31pm; 2 |
| | | | sent date equals 1/18/2013 | 2  Z-004031124 | Z-004031124 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | "group of traders" | 1  Z-006033538 | Z-006033538 | USDJ-20151231 | 2 hits on 1/18/2013 1:31pm; 2 |
| | | | "accounts for layering" | 2  Z-004031124 | Z-004031124 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | "other different strategies" | | | | |
| | | | sent date equals 1/18/2013 | | | | |
| | | | "still allow layering" | 1  Z-006033538 | Z-006033538 | USDJ-20151231 | 2 hits on 1/18/2013 1:31pm; 2 |
| | | | sent date equals 1/18/2013 | 2  Z-004031124 | Z-004031124 | USDJ-20160510 | additional docs all produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results | | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 2 | Z-006120143 | Z-006120147 | Apply smart filters | | | | | |
| | | | Sender address equals avalonfaltd@gmail.com | 1 | Z-006120143 | Z-006120147 | USDJ-20151231 | 3 hits on 3/7/2013 9:29am; 2 additional docs all produced by USDJ |
| | | | Recipient address equals reg.xia@gmail.com | 2 | Z-004031670 | Z-004031675 | USDJ-20160510 | |
| | | | Sent date equals 3/7/2013 | 3 | Z-006164195 | Z-006164195 | USDJ-20151231 | |
| | | | "serge works directly for the broker" | 1 | Z-006120143 | Z-006120147 | USDJ-20151231 | 3 hits on 3/7/2013 9:29am; 15 additional docs all produced by USDJ |
| | | | "brokerafe company" | 2 | Z-004031670 | Z-004031675 | USDJ-20160510 | |
| | | | | 3 | Z-006164195 | Z-006164195 | USDJ-20151231 | |
| | | | "for layering it is a bit more costly" | 1 | Z-006120143 | Z-006120147 | USDJ-20151231 | 3 hits on 3/7/2013 9:29am; 45 additional docs all produced by USDJ |
| | | | "we pay very big legal bills" | 2 | Z-004031670 | Z-004031675 | USDJ-20160510 | |
| | | | | 3 | Z-006164195 | Z-006164195 | USDJ-20151231 | |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results | | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 3 | Z-006164337 | Z-006164344 | Apply smart filters | | | | | |
| | | | Sender address equals avalonfaltd@gmail.com | 1 | Z-006164337 | Z-006164344 | USDJ-20151231 | |
| | | | Recipient address equals reg.xia@gmail.com | 2 | Z-004031703 | Z-004031710 | USDJ-20160510 | |
| | | | Sent date equals 3/11/2013 | | | | | |
| | | | "layering strategy" | 1 | Z-006164337 | Z-006164344 | USDJ-20151231 | 2 hits on 3/11/2013 12:04pm; 5 |
| | | | "payout is only what I have written below" | 2 | Z-004031703 | Z-004031710 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | "for layering strategy payout only" | 1 | Z-006164337 | Z-006164344 | USDJ-20151231 | 2 hits on 3/11/2013 12:04pm; 10 |
| | | | | 2 | Z-004031703 | Z-004031710 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | "pls advise for lawying" | 1 | Z-006164337 | Z-006164344 | USDJ-20151231 | 2 hits on 3/11/2013 12:04pm; 12 |
| | | | | 2 | Z-004031703 | Z-004031710 | USDJ-20160510 | additional docs all produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results | | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 4 | Z-006120306 | Z-006120325 | Apply smart filters | | | | | |
| | | | Sender address equals avalonfaltd@gmail.com | 1 | Z-006120306 | Z-006120314 | USDJ-20151231 | |
| | | | Recipient address equals reg.xia@gmail.com | 2 | Z-004031745 | Z-004031753 | USDJ-20160510 | |
| | | | Sent date equals 3/12/2013 | | | | | |
| | | | Include Families | 1 | Z-006120315 | Z-006120315 | USDJ-20151231 | |
| | | | | 2 | Z-006120316 | Z-006120325 | USDJ-20151231 | |
| | | | | 3 | Z-004031754 | Z-004031754 | USDJ-20160510 | |
| | | | | 4 | Z-004031755 | Z-004031764 | USDJ-20160510 | |
| | | | "both payout schedules" | 1 | Z-006120306 | Z-006120314 | USDJ-20151231 | 2 hits on 3/11/2013 5:19pm; 1 |
| | | | | 2 | Z-004031745 | Z-004031753 | USDJ-20160510 | additional doc produced by USDJ |
| | | | "layering and normal trading" | 1 | Z-006120306 | Z-006120314 | USDJ-20151231 | 2 hits on 3/11/2013 5:19pm; 1 |
| | | | | 2 | Z-004031745 | Z-004031753 | USDJ-20160510 | additional doc produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results First Bates | Last Bates | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| SEC Trial Exhibit 5 | Z-006164659 | Z-006164661 | | | | | | |
| | | | "bp works differently depending on strategy" | 1 | Z-006164659 | Z-006164661 | USDJ-20151231 | 2 hits on 3/15/2013 11:15am; 125 |
| | | | | 2 | Z-004034939 | Z-004034942 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | "layering strategies" and "send $2500 per account" | 1 | Z-006164659 | Z-006164661 | USDJ-20151231 | 2 hits on 3/15/2013 11:15am; 125 |
| | | | | 2 | Z-004034939 | Z-004034942 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | "for layering" and "you can send 50-100" and "different ECN'S" | 1 | Z-006164659 | Z-006164661 | USDJ-20151231 | 2 hits on 3/15/2013 11:15am; 125 |
| | | | | 2 | Z-004034939 | Z-004034942 | USDJ-20160510 | additional docs all produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results | | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 6 | Z-006035349 | Z-006035351 | Apply smart filters | | | | | |
| | | | Sender address equals avalonfaltd@gmail.com | 1 | Z-006035349 | Z-006035351 | USDJ-20151231 | |
| | | | Recipient address equals zchxia@gmail.com | 2 | Z-004036331 | Z-004036333 | USDJ-20160510 | |
| | | | Sent date equals 3/28/2013 | | | | | |
| | | | Search in email subject for "bloter detail" | | | | | |
| | | | "broker is not a cheap one" | 1 | Z-006035349 | Z-006035351 | USDJ-20151231 | 2 hits on 3/28/2013 8:02pm; 21 |
| | | | "tolerate and protect us" | 2 | Z-004036331 | Z-004036333 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | (multi pre/1 key pre/1 trading) and ("not allowed") | 1 | Z-006035349 | Z-006035351 | USDJ-20151231 | 2 hits on 3/28/2013 8:02pm; 21 |
| | | | | 2 | Z-004036331 | Z-004036333 | USDJ-20160510 | additional docs all produced by USDJ |
| | | | "so you get what you pay for here" | 1 | Z-006035349 | Z-006035351 | USDJ-20151231 | 2 hits on 3/28/2013 8:02pm; 21 |
| | | | | 2 | Z-004036331 | Z-004036333 | USDJ-20160510 | additional docs all produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results First Bates | Last Bates | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| SEC Trial Exhibit 7 | Z-006129244 | Z-006129247 | Apply smart filters | | | | | |
| | | | Sender address equals avalonfaltd@gmail.com | 1 | Z-004036472 | Z-004036475 | USDJ-20160510 | 2 hits on 4/3/2013 12:00pm/ 12:01pm; |
| | | | Recipient address equals zchxia@gmail.com | 2 | Z-006129244 | Z-006129247 | USDJ-20151231 | 12 additional docs all produced by USDJ |
| | | | Sent date equals 4/3/2013 | | | | | |
| | | | Search in email subject for "real fees" | | | | | |
| | | | contract pre/5 layering pre/1 spoofing | 1 | Z-004036472 | Z-004036475 | USDJ-20160510 | 2 hits on 4/3/2013 12:00pm; 12 |
| | | | | 2 | Z-006129244 | Z-006129247 | USDJ-20151231 | additional docs all produced by USDJ |
| | | | account pre/5 charged pre/4 ML pre/1 key pre/1 strategy | 1 | Z-004036472 | Z-004036475 | USDJ-20160510 | 2 hits on 4/3/2013 12:00pm; 12 |
| | | | | 2 | Z-006129244 | Z-006129247 | USDJ-20151231 | additional docs all produced by USDJ |
| | | | "dark pool layering" pre/5 strategies | 1 | Z-004036472 | Z-004036475 | USDJ-20160510 | 2 hits on 4/3/2013 12:00pm; 12 |
| | | | | 2 | Z-006129244 | Z-006129247 | USDJ-20151231 | additional docs all produced by USDJ |
| | | | "money for legal expenses" | 1 | Z-004036472 | Z-004036475 | USDJ-20160510 | 2 hits on 4/3/2013 12:00pm; 12 |
| | | | "no other firms allow this" | 2 | Z-006129244 | Z-006129247 | USDJ-20151231 | additional docs all produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results First Bates | Last Bates | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| SEC Trial Exhibit 8 | Z-006175409 | Z-006175409 | Apply smart filters: Sender address equals avalonfaltd@gmail.com Recipient address equals zchxia@gmail.com Sent date equals 4/3/2013 Search in email subject for "real fees" | 1 2 | Z-004036485 Z-006175409 | Z-004036485 Z-006175409 | USDJ-20160510 USDJ-20151231 | 2 hits on 4/3/2013 12:28pm; 12 additional docs all produced by USDJ |
| | | | (charged pre/1 commission) pre/5 (contract pre/2 layering) | 1 2 | Z-004036485 Z-006175409 | Z-004036485 Z-006175409 | USDJ-20160510 USDJ-20151231 | 2 hits on 4/3/2013 12:28pm; 31 additional docs all produced by USDJ |
| | | | rebate pre/1 for pre/1 layering | 1 2 | Z-004036485 Z-006175409 | Z-004036485 Z-006175409 | USDJ-20160510 USDJ-20151231 | 2 hits on 4/3/2013 12:28pm; 33 additional docs all produced by USDJ |
| | | | (layering pre/1 spoofing) and "regular trading" and "one account" | 1 2 | Z-004036485 Z-006175409 | Z-004036485 Z-006175409 | USDJ-20160510 USDJ-20151231 | 2 hits on 4/3/2013 12:28pm; 45 additional docs all produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results First Bates | Last Bates | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| SEC Trial Exhibit 9 | Z-006188279 | Z-006188292 | Apply smart filters: Sender address equals avalonfaltd@gmail.com Recipient address equals laviensmile@gmail.com Sent date equals 11/4/2014 | 1 2 | Z-006188279 Z-003987883 | Z-006188280 Z-003987884 | USDJ-20151231 USDJ-20160510 | 2 hits on 11/4/2014 5:49pm; 8 additional docs all produced by USDJ |
| | | | Add families | | Z-006188281 Z-003987885 | Z-006188292 Z-003987896 | USDJ-20151231 USDJ-20160510 | attachment to Z-006188279 attachment to Z-003987883 |
| | | | "i'm not sure" pre/10 "regarding the commission" | 1 2 | Z-006188279 Z-003987883 | Z-006188280 Z-003987884 | USDJ-20151231 USDJ-20160510 | 2 hits on 11/4/2014 5:49pm; 6 additional docs all produced by USDJ |
| | | | Add families | | Z-003987885 Z-006188281 | Z-003987896 Z-006188292 | USDJ-20160510 USDJ-20151231 | attachment to Z-003987883 attachment to Z-006188279 |
| | | | (break pre/1 point) and commi* and 350M | 1 2 | Z-006188279 Z-003987883 | Z-006188280 Z-003987884 | USDJ-20151231 USDJ-20160510 | 2 hits on 11/4/2014 5:49pm; 6 additional docs all produced by USDJ |
| | | | Add families | | Z-003987885 Z-006188281 | Z-003987896 Z-006188292 | USDJ-20160510 USDJ-20151231 | attachment to Z-003987883 attachment to Z-006188279 |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results | | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 10 | Z-006086602 | Z-006086602 | Apply smart filters: | | | | | |
| | | | Sender address equals avalonfaltd@gmail.com | 1 | Z-006086602 | Z-006086602 | USDJ-20151231 | |
| | | | Recipient address equals edisonlin1984@gmail.com | 2 | Z-006176693 | Z-006176693 | USDJ-20151231 | |
| | | | Sent date equals 4/18/2013 | | | | | |
| | | | "ten per ecn" and "50 orders max" | 1 | Z-006086602 | Z-006086602 | USDJ-20151231 | 2 hits on 4/18/2013 4:15pm; 1 additional doc produced by USDJ |
| | | | | 2 | Z-006176693 | Z-006176693 | USDJ-20151231 | |
| | | | "place 10 orders on each ecn" and "5 different ecns" | 1 | Z-006086602 | Z-006086602 | USDJ-20151231 | 2 hits on 4/18/2013 4:15pm; 1 additional doc produced by USDJ |
| | | | | 2 | Z-006176693 | Z-006176693 | USDJ-20151231 | |
| | | | "only have 10 orders each ecn" | 1 | Z-006086602 | Z-006086602 | USDJ-20151231 | 2 hits on 4/18/2013 4:15pm; 3 additional doc produced by USDJ |
| | | | | 2 | Z-006176694 | Z-006176694 | USDJ-20151231 | |

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | | Received Production | Notes |
|---|---|---|---|---|---|---|---|
| | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 11 | Z-006035850 | Z-006035851 | Apply smart filters:<br>Sender address equals edisonlin1984@gmail.com<br>Recipient address equals avalonfaltd@gmail.com<br>Sent date equals 7/9/2013<br>Search in email subject for "about overnight charges" | 1 | Z-006035850 | Z-006035851 | USDJ-20151231 | |
| | | | "we allow layering" and "these sort of strategies" | 1 | Z-006035850 | Z-006035851 | USDJ-20151231 | 1 hit on 7/9/2013 12:35pm; 1 additional doc produced by USDJ |
| | | | "strategies only for intra day use" | 1 | Z-006035850 | Z-006035851 | USDJ-20151231 | 1 hit on 7/9/2013 12:35pm; 1 additional doc produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | First Bates | Last Bates | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| SEC Trial Exhibit 12 | Z-006112764 | Z-006112765 | Apply smart filters:<br>Sender address equals avalonfaltd@gmail.com<br>Recipient address equals jiangbaba520@163.com<br>Sent date equals 2/26/2012 | 1 | Z-006112764 | Z-006112765 | USDJ-20151231 | |
| | | | agreement pre/10 "only agent" | 1 | Z-006112764 | Z-006112765 | USDJ-20151231 | |
| | | | "you have my support" | 1 | Z-006112764 | Z-006112765 | USDJ-20151231 | |
| | | | "ukraine and teach people" | 1 | Z-006112764 | Z-006112765 | USDJ-20151231 | |
| | | | china and "laying strategy" | 1 | Z-006112764 | Z-006112765 | USDJ-20151231 | 1 hit on 2/26/2012 4:36pm; 1 additional doc produced by USDJ |

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | | | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | | |
| SEC Trial Exhibit 13 | Z-006041294 | Z-006041295 | Apply smart filters:<br>Sender address equals avalonfaltd@gmail.com<br>Recipient address equals cndt168@gmail.com<br>Sent date equals 9/16/2013 | 1 | Z-006041294 | Z-006041295 | USDJ-20151231 | |
| | | | nomura and "limit anything" | 1 | Z-006041294 | Z-006041295 | USDJ-20151231 | |
| | | | nomura and "is there anyone else" | 1 | Z-006041294 | Z-006041295 | USDJ-20151231 | |

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | First Bates | Last Bates | Received Production | Notes |
|---|---|---|---|---|---|---|---|---|
| SEC Trial Exhibit 14 | Z-006127628 | Z-006127629 | Apply smart filters:<br>Sender address equals avalonfaltd@gmail.com<br>Recipient address equals cndt168@gmail.com<br>Sent date = 10/18/2013<br>Search in email subject for "WTS release limit" | 1 | Z-006127628 | Z-006127629 | USDJ-20151231 | 1 hit on 10/18/2013 6:02pm; 1 additional doc produced by USDJ |
| | | | "latency software" and "risk assessment" | 1 | Z-006127628 | Z-006127629 | USDJ-20151231 | 1 hit on 10/18/2013 6:02pm; 1 additional doc produced by USDJ |
| | | | "detect and reject orders" and "manipulative behavior" | 1 | Z-006127628 | Z-006127629 | USDJ-20151231 | 1 hit on 10/18/2013 6:02pm; 1 additional doc produced by USDJ |
| | | | "15-c of the sec" and "forbid any layering" | 1 | Z-006127628 | Z-006127629 | USDJ-20151231 | |
| | | | "looks like lek is the only solution for now" | 1 | Z-006127628 | Z-006127629 | USDJ-20151231 | |
| | | | "increase their limits" and "last week to 50 orders" | 1 | Z-006127628 | Z-006127629 | USDJ-20151231 | |