EXHIBIT C

# Summary of Who Produced Avalon Credit Card Documents

| | | Produced by: | | | | |
|---|---|---|---|---|---|---|
| | | AVALON | AVALON FUND AKTIV | FAYYER | PUSTELNIK | OTHERS |
| **SEC Trial Ex. 32** | Account Information Sheet | ✖ | ✖ | ✖ | ✖ | ✔ |
| **SEC Trial Ex. 33** | Account Information Sheet | ✖ | ✖ | ✖ | ✖ | ✔ |
| **SEC Trial Ex. 34** | Capital One Statement | ✖ | ✖ | ✖ | ✖ | ✔ |
| **SEC Trial Ex. 35** | Capital One Statements | ✖ | ✖ | ✖ | ✖ | ✔ |
| **SEC Trial Ex. 36** | Capital One Statements | ✖ | ✖ | ✖ | ✖ | ✔ |
| **SEC Trial Ex. 37** | Capital One Statements | ✖ | ✖ | ✖ | ✖ | ✔ |