EXHIBIT D

**Avalon Credit Card Searches**

| Trial Exhibit Number | Z First Bates | Z Last Bates | Produced by Avalon | Produced by Avalon Fund Aktiv | Produced by Fayyer | Produced by Pustelnik | Produced by Other Parties |
|---|---|---|---|---|---|---|---|
| SEC Trial Exhibit 32 | Z-003644553 | Z-003644553 | No | No | No | No | Capital One |
| SEC Trial Exhibit 33 | Z-003644555 | Z-003644555 | No | No | No | No | Capital One |
| SEC Trial Exhibit 34 | Z-003644580 | Z-003644582 | No | No | No | No | USDJ and Capital One |
| SEC Trial Exhibit 35 | Z-003644556 | Z-003644579 | No | No | No | No | USDJ and Capital One |
| SEC Trial Exhibit 36 | Z-003644584 | Z-003644611 | No | No | No | No | USDJ and Capital One |
| SEC Trial Exhibit 37 | Z-003644414 | Z-003644450 | No | No | No | No | USDJ and Capital One |

Note: US Attorney's Office (USAO) for the District of New Jersey is abbreviated as USDJ

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | | | Received Production |
|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | |
| SEC Trial Ex 32 | Z-003644553 | Z-003644553 | capital pre/1 one<br>vis* pre/1 sig* pre/1 bus*<br>fayy* and (aval* pre/1 fun* pre/1 akt*)<br>732 pre/1 266 pre/1 7888<br>cedar pre/1 ridge<br>NOT hudson | 1 | Z-003644553 | Z-003644553 | CAPITAL_ONE-20150724 |

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | | Received Production |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | First Bates | Last Bates | |
| SEC Trial Ex 33 | Z-003644555 | Z-003644555 | capital pre/1 one lubet* and pustel* acco* pre/1 info* signe* and auth* | 1  Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results First Bates | Last Bates | Received Production | Notes | |
|---|---|---|---|---|---|---|---|---|---|
| SEC Trial Ex 34 | Z-003644580 | Z-003644582 | capital pre/1 one avalon pre/1 fund pre/1 aktiv spark and rewards | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | USDJ-20151231 CAPITAL_ONE-20160201 CAPITAL_ONE-20150724 CAPITAL_ONE-20150515 | 60 4 2 1 |
| | | ( Feb 09-Mar 09, 2013 statement) | pustel* and (creek* /30 hotel*) | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | | |
| | | | | 2 | Z-006044906 | Z-006044908 | USDJ-20151231 | | |
| | | | | 3 | Z-006089845 | Z-006089847 | USDJ-20151231 | | |
| | | | | 4 | Z-006089887 | Z-006089889 | USDJ-20151231 | | |
| | | | | 5 | Z-006090132 | Z-006090134 | USDJ-20151231 | | |
| | | | | 6 | Z-006133973 | Z-006133975 | USDJ-20151231 | | |
| | | (Feb 09-Mar 09, 2013 statement) | lubet* and (apr pre/1 05 pre/1 2013) | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | | |
| | | | | 2 | Z-006044906 | Z-006044908 | USDJ-20151231 | | |
| | | | | 3 | Z-006089845 | Z-006089847 | USDJ-20151231 | | |
| | | | | 4 | Z-006089887 | Z-006089889 | USDJ-20151231 | | |
| | | | | 5 | Z-006090132 | Z-006090134 | USDJ-20151231 | | |
| | | | | 6 | Z-006133973 | Z-006133975 | USDJ-20151231 | | |

| Document Name | First Bates | Last Bates | Searches Conducted | | Search Results First Bates | Search Results Last Bates | Received Production | Notes | |
|---|---|---|---|---|---|---|---|---|---|
| SEC Trial Ex 35 | Z-003644556 | Z-003644579 | capital pre/1 one avalon pre/1 fund pre/1 aktiv spark and rewards | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | USDJ-20151231 CAPITAL_ONE-20160201 CAPITAL_ONE-20150724 CAPITAL_ONE-20150515 | 60 4 2 1 |
| | | (Jan 9-Feb 8, 2013 Statement) | pustel* and comkiev* | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | USDJ-20151231 | 5 |
| | | | | 2 | Z-006089865 | Z-006089867 | USDJ-20151231 | | |
| | | | | 3 | Z-006090161 | Z-006090163 | USDJ-20151231 | | |
| | | | | 4 | Z-006133905 | Z-006133907 | USDJ-20151231 | | |
| | | | | 5 | Z-006133943 | Z-006133945 | USDJ-20151231 | | |
| | | | | 6 | Z-006134249 | Z-006134251 | USDJ-20151231 | | |
| | | (Dec 9-Jan 8, 2013 Statement) | lubet* and kyiv | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | USDJ-20151231 CAPITAL_ONE-20150724 | 5 1 |
| | | | | 2 | Z-006044674 | Z-006044678 | USDJ-20151231 | | |
| | | | | 3 | Z-006044702 | Z-006044706 | USDJ-20151231 | | |
| | | | | 4 | Z-006044865 | Z-006044869 | USDJ-20151231 | | |
| | | | | 5 | Z-006090138 | Z-006090142 | USDJ-20151231 | | |
| | | | | 6 | Z-006133968 | Z-006133972 | USDJ-20151231 | | |

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | | | Received Production | Notes | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | # | First Bates | Last Bates | | | |
| SEC Trial Ex 36 | Z-003644584 | Z-003644611 | capital pre/1 one avalon pre/1 fund pre/1 aktiv spark and rewards | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | USDJ-20151231 | 60 |
| | | | | | | | | CAPITAL_ONE-20160201 | 4 |
| | | | | | | | | CAPITAL_ONE-20150724 | 2 |
| | | | | | | | | CAPITAL_ONE-20150515 | 1 |
| | (Aug 09-Sep 08, 2013 statement) | | pustel* and veg* | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | USDJ-20151231 | 5 |
| | | | | 2 | Z-006089895 | Z-006089898 | USDJ-20151231 | CAPITAL_ONE-20150724 | 1 |
| | | | | 3 | Z-006090088 | Z-006090091 | USDJ-20151231 | | |
| | | | | 4 | Z-006090192 | Z-006090195 | USDJ-20151231 | | |
| | | | | 5 | Z-006133928 | Z-006133931 | USDJ-20151231 | | |
| | | | | 6 | Z-006133992 | Z-006133995 | USDJ-20151231 | | |
| | (Aug 09-Sep 08, 2013 statement) | | pustel* and caro* | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | | |
| | | | | 2 | Z-006089895 | Z-006089898 | USDJ-20151231 | | |
| | | | | 3 | Z-006090088 | Z-006090091 | USDJ-20151231 | | |
| | | | | 4 | Z-006090192 | Z-006090195 | USDJ-20151231 | | |
| | | | | 5 | Z-006133928 | Z-006133931 | USDJ-20151231 | | |
| | | | | 6 | Z-006133992 | Z-006133995 | USDJ-20151231 | | |
| | (Jun 09-Jul 08, 2013 Statement) | | lubet* and izmi* | 1 | Z-003644555 | Z-003644611 | CAPITAL_ONE-20150728 | | |
| | | | | 2 | Z-006089876 | Z-006089878 | USDJ-20151231 | | |
| | | | | 3 | Z-006090046 | Z-006090048 | USDJ-20151231 | | |
| | | | | 4 | Z-006090135 | Z-006090137 | USDJ-20151231 | | |
| | | | | 5 | Z-006133910 | Z-006133912 | USDJ-20151231 | | |
| | | | | 6 | Z-006134001 | Z-006134003 | USDJ-20151231 | | |

| Document Name | First Bates | Last Bates | Searches Conducted | Search Results | | | Received Production | Notes | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | First Bates | Last Bates | | | |
| SEC Trial Ex 37 | Z-003644414 | Z-003644450 | capital pre/1 one avalon pre/1 fund pre/1 aktiv spark and rewards | 1 | Z-003644414 | Z-003644505 | CAPITAL_ONE-20150724 | USDJ-20151231 | 60 |
| | | | | | | | | CAPITAL_ONE-20160201 | 4 |
| | | | | | | | | CAPITAL_ONE-20150515 | 1 |
| | | | | | | | | CAPITAL_ONE-20150728 | 1 |
| | | | | | | | | CAPITAL_ONE-20150724 | 1 |
| | (Sep 09-Oct 08 2013 statement) | | yarosl* and airl* | 1 | Z-003644414 | Z-003644505 | CAPITAL_ONE-20150724 | | |
| | | | | 2 | Z-006044686 | Z-006044689 | USDJ-20151231 | | |
| | | | | 3 | Z-006044910 | Z-006044913 | USDJ-20151231 | | |
| | | | | 4 | Z-006090150 | Z-006090153 | USDJ-20151231 | | |
| | | | | 5 | Z-006133939 | Z-006133942 | USDJ-20151231 | | |
| | | | | 6 | Z-006134096 | Z-006134099 | USDJ-20151231 | | |
| | (Sep 09-Oct 08 2013 statement) | | pustel* and bento | 1 | Z-003644414 | Z-003644505 | CAPITAL_ONE-20150724 | | |
| | | | | 2 | Z-006044686 | Z-006044689 | USDJ-20151231 | | |
| | | | | 3 | Z-006044910 | Z-006044913 | USDJ-20151231 | | |
| | | | | 4 | Z-006090150 | Z-006090153 | USDJ-20151231 | | |
| | | | | 5 | Z-006133939 | Z-006133942 | USDJ-20151231 | | |
| | | | | 6 | Z-006134096 | Z-006134099 | USDJ-20151231 | | |
| | (Feb 09-Mar 08 2014 statement) | | pustel* and astil* | 1 | Z-003644414 | Z-003644505 | CAPITAL_ONE-20150724 | | |
| | (Sep 09-Oct 08 2013 statement) | | lubet* and (cher* pre/1 cree*) | 1 | Z-003644414 | Z-003644505 | CAPITAL_ONE-20150724 | USDJ-20151231 | 24 |
| | | | | 2 | Z-006044686 | Z-006044689 | USDJ-20151231 | | |
| | | | | 3 | Z-006044910 | Z-006044913 | USDJ-20151231 | | |
| | | | | 4 | Z-006090150 | Z-006090153 | USDJ-20151231 | | |
| | | | | 5 | Z-006133939 | Z-006133942 | USDJ-20151231 | | |
| | | | | 6 | Z-006134096 | Z-006134099 | USDJ-20151231 | | |
| | | | | 7 | Z-006180342 | Z-006180345 | USDJ-20151231 | | |