**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEK SECURITIES CORPORATION, et al.,<br><br>Defendants. | **Case No. 17-CV-1789 (DLC)** |

**DEFENDANTS PUSTELNIK, FAYYER AND AVALON'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE TESTIMONY BY JEROME LAGUILLES CONCERNING DEFENDANTS DOCUMENT PRODUCTIONS**

**PLEASE TAKE NOTICE** that, upon Defendants Sergey Pustelnik, Nathan Fayyer, and Avalon FA Ltd.'s ("Defendants") Memorandum of Law in Support of their Motion *in Limine* to Preclude Testimony by Jerome Laguilles Concerning Defendants' Document Productions and all pleadings, papers and proceedings in this action, Defendants will move this Court before the Honorable Denise L. Cote at the U.S. Courthouse located at 500 Pearl Street, NY, NY, at a date to be determined by the Court, for an Order preclude testimony by Jerome Laguilles concerning Defendants' document productions, and for such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's June 12, 2019 Scheduling Order, Plaintiff shall serve opposing papers no later than September 27, 2019, reply papers shall be due October 2, 2019.

Dated: September 13, 2019

        Respectfully submitted,

        */s/ James M Wines*

        James M Wines
        **Law Office of James M Wines**
        1802 Stirrup Lane
        Alexandria, VA 22308
        202.297.6768
        winesj@wineslegal.com

        Steven Barentzen
        **Law Office of Steven Barentzen**
        17 State Street, Suite 400
        New York, NY 10004
        Phone: (917) 476-0953
        Fax:     (202) 888-6268
        Steven@barentzenlaw.com

        Attorneys for Defendants Sergey Pustelnik,
        Nathan Fayyer and Avalon FA LTD