UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEK SECURITIES CORPORATION, et al.,<br><br>Defendants. | Case No. 17-CV-1789 (DLC) |

**DEFENDANTS PUSTELNIK, FAYYER AND AVALON'S MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* TO PRECLUDE THE SEC FROM INTRODUCING EVIDENCE CONCERNING PURPORTED PAYMENTS TO PURPORTED ASSOCIATES OF PUSTELNIK**

**PLEASE TAKE NOTICE** that, upon Defendants Sergey Pustelnik, Nathan Fayyer, and Avalon FA Ltd.'s ("Defendants") Memorandum of Law in Support of their Motion *in Limine* to Preclude the SEC from Introducing Evidence Concerning Purported Payments Made to Purported Associates of Pustelnik and all pleadings, papers and proceedings in this action, Defendants will move this Court before the Honorable Denise L. Cote at the U.S. Courthouse located at 500 Pearl Street, NY, NY, at a date to be determined by the Court, for an Order precluding the SEC from introducing evidence concerning purported payments made to purported associates of Pustelnik, and for such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's June 12, 2019 Scheduling Order, Plaintiff shall serve opposing papers no later than September 27, 2019, reply papers shall be due October 2, 2019.

Dated: September 13, 2019

                                          Respectfully submitted,

                                          _____

                                          James M Wines
                                          **Law Office of James M Wines**
                                          1802 Stirrup Lane
                                          Alexandria, VA 22308
                                          202.297.6768
                                          winesj@wineslegal.com

                                          Steven Barentzen
                                          **Law Office of Steven Barentzen**
                                            17 State Street, Suite 400
                                            New York, NY 10004
                                            Phone: (917) 476-0953
                                            Fax:    (202) 888-6268
                                            Steven@barentzenlaw.com

                                          Attorneys for Defendants Sergey Pustelnik,
                                          Nathan Fayyer and Avalon FA LTD