UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,
                    Plaintiff,

v.

LEK SECURITIES CORPORATION et al.,
                    Defendants.

CASE NO. 17-CV-1789 (DLC)

**PLAINTIFF'S NOTICE OF MOTION *IN LIMINE* TO
ADMIT AN AVALON SERVER AND DOCUMENTS THEREFROM**

**PLEASE TAKE NOTICE THAT** upon the accompanying memorandum of law and declarations of Sarah S. Nilson and Douglas Bond and exhibits thereto, served upon counsel for the Avalon Defendants on this date, plaintiff U.S. Securities and Exchange Commission ("SEC") moves this Court for an order admitting into evidence an Avalon computer server and exhibits printed therefrom into evidence.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Scheduling Order (ECF No. 384), the Avalon Defendants shall serve opposing papers, if any, no later than September 27, 2019, and the SEC shall have to and including October 2, 2019 to reply.

Dated:  September 13, 2019

Respectfully submitted,

/s/  Sarah S. Nilson
David J. Gottesman
Olivia S. Choe
Sarah S. Nilson
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, D.C. 20549
Tel.: (202) 551-6109 (Nilson)
Fax: (202) 772-9292
Email: NilsonS@sec.gov
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2019, I filed the foregoing document on CM/ECF and thereby served all counsel of record.

/s/  Sarah S. Nilson
Sarah S. Nilson
