```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      17cv1789 (DLC)
SECURITIES & EXCHANGE COMMISSION,        :
                                         :           ORDER
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
LEK SECURITIES CORPORATION, SAMUEL LEK,  :
VALI MANAGEMENT PARTNERS d/b/a AVALON    :
FA, LTD., NATHAN FAYYER, and SERGEY      :
PUSTELNIK a/k/a SERGE PUSTELNIK          :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

By letter dated September 27, 2019, the parties jointly request certain relief. It is hereby

ORDERED that, by **October 2, 2019,** the parties shall file on the docket amended versions of the Joint Pretrial Order and Exhibit List. The SEC shall supply Chambers with two (2) courtesy copies of the Joint Pretrial Order and Exhibit List by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, if there is a finding of liability at trial, the SEC may obtain limited discovery related

to any disgorgement remedy and the parties may brief issues related to remedies.

SO ORDERED:

Dated:   New York, New York
         September 30, 2019

                                          _____
                                                DENISE COTE
                                          United States District Judge