

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
444 South Flower Street, Suite 900
Los Angeles, CA 90071

**DIVISION OF ENFORCEMENT**

Sarah S. Nilson
Senior Counsel
(323)965-3871
NilsonS@sec.gov

October 3, 2019

**VIA ECF**
Honorable Denise L. Cote
United States District Court
500 Pearl Street
New York, NY 10007

Re: **Securities and Exchange Commission v. Lek Securities Corp. et al.**
    **Case No. 17 CV 1789 (DLC)**

Dear Judge Cote:

The Securities and Exchange Commission ("SEC") and defendants Avalon FA, Ltd, Nathan Fayyer, and Sergey Pustelnik (collectively, the Defendants) jointly write in follow-up to their letters of yesterday concerning the filing of a Second Amended Joint Pretrial Order and Exhibit List. ECF Nos. 473-474.

The parties have discussed the matter, and have reached a resolution of the issues raised in yesterday's letters. The parties jointly request that they be permitted to file a second amended Joint Pretrial Order and second amended Exhibit List. The proposed versions are attached hereto as Exhibits 1 and 2.

The proposed second amended Joint Pretrial Order adds Nicolas Louis as a defense witness. The proposed second amended Exhibit List makes minor changes to the descriptions of exhibits, and adds SEC Trial Exhibit 371A and B, which was previously inadvertently excluded.

Respectfully submitted,

/s/

Sarah S. Nilson

cc: All counsel of record (via ECF)