```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    17cv1789 (DLC)
SECURITIES & EXCHANGE COMMISSION,       :
                                        :         ORDER
                    Plaintiff,          :
                                        :
          -v-                           :
                                        :
LEK SECURITIES CORPORATION, SAMUEL      :
LEK, VALI MANAGEMENT PARTNERS d/b/a     :
AVALON FA, LTD., NATHAN FAYYER, and     :
SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK: :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At a conference of June 10, 2019, the parties selected a trial date of October 21, 2019, with the representation that they expected the trial to last four-and-a-half weeks. To permit the jury to begin its deliberations on November 20, summations and the jury charge will occur on November 19. The trial shall be conducted on four days for each week between October 21 and November 22. The SEC and the defendants shall be allotted a total of 88 hours of time at trial, measured by the time counsel is on its feet before the jury. This allocation excludes the time for summation arguments on November 19.

Accordingly, it is hereby

ORDERED that the parties shall discuss in advance of the October 11 final pretrial conference how the 88 hours for

opening statements and examination of witnesses should be allocated between the parties.

SO ORDERED:

Dated:   New York, New York
         October 7, 2019

                                      _____
                                           DENISE COTE
                                      United States District Judge