1750 K Street, NW, Suite 700  
Washington, DC 20006

(p) 202.289.4333  
(f) 202.888.6268

steven@barentzenlaw.com

October 10, 2019

*Via ECF*

Honorable Denise L. Cote  
United States District Courthouse  
500 Pearl Street  
New York, NY 10007

  Re: SEC v. Lek Securities Corp., et al. Case No. 17 CV 1789 (DLC)

Your Honor:

  On behalf of Defendants Avalon FA Ltd and Nathan Fayyer (the "Avalon Defendants") and Sergey Pustelnik, I write seeking permission to attend tomorrow's pre-trial conference at 2:00 pm by telephone. Mr. Wines will be appearing in person.

            Respectfully submitted,

            Steven Barentzen

Law Office of Steven Barentzen

Admitted in DC, NY and MD