1750 K Street, NW, Suite 700  (p) 202.289.4333    steven@barentzenlaw.com
Washington, DC 20006          (f) 202.888.6268

# MEMO ENDORSED

October 10, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/19
```

*Via ECF*

Honorable Denise L. Cote
United States District Courthouse
500 Pearl Street
New York, NY 10007

Re:   SEC v. Lek Securities Corp., et al. Case No. 17 CV 1789 (DLC)

Your Honor:

On behalf of Defendants Avalon FA Ltd and Nathan Fayyer (the "Avalon Defendants") and Sergey Pustelnik, I write seeking permission to attend tomorrow's pre-trial conference at 2:00 pm by telephone. Mr. Wines will be appearing in person.

Respectfully submitted,

Steven Barentzen

Denied.
Denise Cote
10/10/19

Admitted in DC, NY and MD