**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

LEK SECURITIES CORPORATION,
SAMUEL LEK,
VALI MANAGEMENT PARTNERS dba
   AVALON FA LTD,
NATHAN FAYYER, and
SERGEY PUSTELNIK a/k/a
   SERGE PUSTELNIK,

          Defendants.

CASE NO. 17-CV-1789 (DLC)

Granted. Any objection must be made in writing by 10/14/19 at noon. /s/ Denise Cote
10/10/19

## PLAINTIFF'S NOTICE REGARDING SELF-AUTHENTICATING RECORDS

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this notice regarding its intent to offer into evidence certain self-authenticating records under Fed. R. Evid. 902 that it has marked as SEC Trial Exhibits. The SEC provided notice to the defendants of its intent to admit these records under Fed. R. Evid. 902(11) on September 6, 2019. The SEC submits this notice in order to place the corresponding certifications into the record, to request that the defendants be required to provide any objection, and to aid the Court in ruling on the admissibility of the SEC Trial Exhibits addressed herein.

The SEC intends to offer into evidence certain SEC Trial Exhibits as certified business records pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence. A chart listing the relevant certifications, the corresponding SEC Trial Exhibit, and the defendants' objections

1