**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/10/19

---

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

LEK SECURITIES CORPORATION,
SAMUEL LEK,
VALI MANAGEMENT PARTNERS dba
    AVALON FA LTD,
NATHAN FAYYER, and
SERGEY PUSTELNIK a/k/a
    SERGE PUSTELNIK,

Defendants.

CASE NO. 17-CV-1789 (DLC)

*The defendants must provide alternative certified translations of these documents by 10/14/19.*

*[signature]*

*10/10/19*

## PLAINTIFF'S NOTICE REGARDING CERTIFIED TRANSLATIONS

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this notice regarding certain certified translations of foreign language documents that it has marked as SEC Trial Exhibits. The SEC submits this notice in order to place the relevant certifications in the record and to aid the Court in ruling on the admissibility of certain SEC Trial Exhibits.

SEC Trial Exhibits 159, 204B, 226B, 238B, 239B, and 240B are certified translations of foreign language documents (SEC Trial Exhibits 158, 204A, 226A, 238A, 239A, and 240A, respectively).[1] The SEC provided certifications for these certified translations to the defendants on or before September 6, 2019.[2] Those certifications are attached hereto as Attachments 1-3.

---

[1] Exhibits 204A and 204B have been redacted pursuant to the parties' agreement. *See* ECF Nos. 405, 459.

[2] The SEC provided the certification for SEC Trial Ex. 159 to the defendants on March 21, 2018.