

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F St. N.E.
Washington, D.C. 20549

**DIVISION OF ENFORCEMENT**

Olivia S. Choe
Trial Counsel
(202) 551-4881
choeo@sec.gov



October 15, 2019

VIA ECF

Honorable Denise L. Cote
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2019
```

Re: SEC v. Lek Securities Corp. et al., Case No. 17 CV 1789 (DLC)

Dear Judge Cote:

Pursuant to the Court's instruction at the Final Pretrial Conference, the parties have conferred and agreed upon the following proposed procedure for exchange of demonstratives and, if necessary, resolution of any objections to demonstratives.[1] The parties respectfully request that the Court approve this procedure and, if necessary, resolve any objections by noon on Friday, October 18, 2019, as set forth below.

1. The parties shall exchange any proposed demonstratives by 5pm ET on Tuesday, October 15, 2019.

2. The parties will raise any objections to proposed demonstratives by noon ET on Wednesday, October 16, 2019.

3. Any objections that cannot be resolved by 5pm ET on Wednesday, October 16, 2019, shall be presented to the court by noon ET on Thursday, October 17, 2019, as follows:

    a. The parties will file the objections themselves via ECF.

    b. The parties will provide courtesy copies of the demonstratives to the Court, but the demonstratives will not be filed on ECF.

4. The parties will be available for a telephone conference with the Court, if necessary, on Thursday afternoon and Friday morning.

*Approved.
[signature]
10/15/19*

---

[1] This proposal only concerns demonstratives to be used in opening statements or with witnesses. This proposal does not cover demonstratives that the parties may use in summations. This proposal also does not cover exhibits that the parties have already marked and disclosed.

5. The Court will rule on any objections by noon ET on Friday, October 18, 2019, to allow the parties adequate time for any revisions.

                      Respectfully submitted,

                      /s/ Olivia S. Choe
                      Olivia S. Choe

cc:    Counsel of record (via ECF)