UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

LEK SECURITIES
CORPORATION, et al.,

        Defendants.

Case No. 17-CV-1789 (DLC)

MEMO ENDORSED

*[signature]*
Denise Cote
10/17/19

## DEFENDANTS PUSTELNIK, FAYYER AND AVALON'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JURY TRIAL ON AMOUNT OF DISGORGEMENT

Defendants Sergey Pustelnik, Nathan Fayyer, and Avalon FA Ltd. ("Defendants") respectfully submit this Memorandum of Law in Support of their Motion for a jury trial with respect to the amount of disgorgement if the SEC establishes liability.

### ARGUMENT

The SEC has sought the remedy of disgorgement against each of the Defendants. In *Kokesh v. S.E.C.*, — U.S. —, 137 S.Ct. 1635, 198 L.Ed.2d 86 (2017), the Supreme Court held that disgorgement liability was punitive in nature, and thus was a penalty. It is well-established that "an action to recover a statutory penalty generally carries the right to a jury trial." *United States v J. B. Williams Co., Inc.*, 498 F.2d 414, 424 (2d Cir. 1974).

Neither the Second Circuit, nor any other federal circuit court, has ruled on the issue of whether in light of *Kokesh*, a defendant now has a right to jury trial with respect to the disgorgement remedy. Defendants take the position that *Kokesh* changed the law, and that

Defendants are thus entitled to a jury trial on the issue of disgorgement which the Supreme Court has determined is a penalty.

## CONCLUSION

For these reasons, the Court should issue an Order granting Defendants' Motion and awarding them a jury trial on the amount of disgorgement if the SEC is able to prove liability.

Dated: October 15, 2019

Respectfully submitted,

_J M W_

James M Wines
**Law Office of James M Wines**
1802 Stirrup Lane
Alexandria, VA 22308
202.297.6768
winesj@wineslegal.com

Steven Barentzen
**Law Office of Steven Barentzen**
17 State Street, Suite 400
New York, NY 10004
Phone: (917) 476-0953
Fax:    (202) 888-6268
Steven@barentzenlaw.com

Attorneys for Defendants Sergey Pustelnik, Nathan Fayyer and Avalon FA LTD