

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F St. N.E.
Washington, D.C. 20549

David J. Gottesman
Deputy Chief Litigation Counsel
Telephone: (202) 551-4470
Facsimile:   (202) 772-9282
E-Mail:   gottesmand@sec.gov

**DIVISION OF ENFORCEMENT**

October 18, 2019

VIA ECF

Honorable Denise L. Cote
United States District Court
500 Pearl Street
New York, NY 10007

   Re:   **SEC v. Lek Securities Corp. et al.**, Case No. 17 CV 1789 (DLC)

Dear Judge Cote:

   We write pursuant to the Court's order dated August 23, 2019 (ECF No. 398), requiring the parties to submit requests to excuse potential jurors because of hardships, based upon the jurors' questionnaires that were supplied to counsel this week.

   Attached are the following lists:

- Exhibit 1 is a Joint List of Potential Jurors Whom the Plaintiff SEC and the Defendants Agree Should Be Excused Because of Hardship.
- Exhibit 2 is the SEC's List of Additional Potential Jurors To Be Excused Because of Hardship.
- Exhibit 3 is the Defendants' List of Additional Potential Jurors To Be Excused Because of Potential Hardship.

                              Respectfully submitted,

                              /s/ David J. Gottesman
                              Deputy Chief Litigation Counsel
                              Division of Enforcement

cc (via ECF):   All counsel of record