```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SECURITIES AND EXCHANGE COMMISSION,     :     17cv1789 (DLC)
                                        :
                    Plaintiff,          :        ORDER
                                        :
            -v-                         :
                                        :
LEK SECURITIES CORPORATION, SAMUEL      :
LEK, VALI MANAGEMENT PARTNERS d/b/a     :
AVALON FA LTD, NATHAN FAYYER, and       :
SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK: :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2019

DENISE COTE, District Judge:

Having reviewed each prospective juror's completed questionnaire and the parties' submissions with respect to the prospective jurors who should be excused because of hardships, it is hereby

ORDERED that the following jurors shall be excused:

| 2  | 69 | 143 |
|----|----|-----|
| 3  | 73 | 144 |
| 4  | 76 | 145 |
| 11 | 78 | 147 |
| 12 | 79 | 154 |
| 13 | 81 | 156 |
| 14 | 82 | 157 |

| | | |
|---|---|---|
| 15 | 85 | 158 |
| 17 | 87 | 159 |
| 18 | 89 | 162 |
| 20 | 91 | 163 |
| 21 | 93 | 164 |
| 22 | 94 | 166 |
| 23 | 95 | 168 |
| 26 | 97 | 170 |
| 28 | 98 | 171 |
| 29 | 100 | 172 |
| 36 | 104 | 174 |
| 37 | 105 | 175 |
| 38 | 106 | 177 |
| 40 | 107 | 178 |
| 41 | 111 | 179 |
| 42 | 113 | 190 |
| 45 | 116 | 191 |
| 47 | 117 | 192 |
| 48 | 122 | 194 |
| 54 | 125 | 196 |
| 55 | 127 | 197 |
| 60 | 129 | 198 |

| 62 | 131 | |
| --- | --- | --- |
| 63 | 132 | |
| 65 | 135 | |
| 68 | 136 | |

SO ORDERED:

Dated: New York, New York
October 18, 2019

                                              _____
                                                 DENISE COTE
                                       United States District Judge