```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    17cv1789 (DLC)
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :         ORDER
                 Plaintiff,              :
                                         :
            -v-                          :
                                         :
LEK SECURITIES CORPORATION, SAMUEL       :
LEK, VALI MANAGEMENT PARTNERS d/b/a      :
AVALON FA LTD, NATHAN FAYYER, and        :
SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK   :
                                         :
                 Defendants.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As stated at the final pretrial conference held October 11, 2019, it is hereby

ORDERED that trial in this matter shall commence on Monday, October 21, 2019 at **9:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. The venire of jurors shall arrive at **9:30 a.m.**

SO ORDERED:

Dated:   New York, New York
         October 18, 2019

                                   _____
                                            DENISE COTE
                                   United States District Judge