| | |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Hong Kong |
| São Paulo | Beijing |
| London | Tokyo |

# Davis Polk

**Robert A. Cohen**
Admitted Only in Maryland and New York
Practicing in DC under the Supervision of Partners of the Firm

Davis Polk & Wardwell LLP
901 15th Street, NW
Washington, DC 20005

202 962 7047 tel
robert.cohen@davispolk.com

October 22, 2019

The Hon. Denise L. Cote
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Securities and Exchange Commission v. Lek Securities Corporation, et al.*, No. 17 Civ. 01789-DLC

Dear Judge Cote:

The Securities and Exchange Commission is a party to this matter. I am no longer associated with the Commission, and have joined the law firm Davis Polk & Wardwell LLP. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. The Commission's other counsel of record will continue to represent the agency in this action.

Respectfully submitted,

/s/ Robert A. Cohen

Robert A. Cohen
Admitted Only in Maryland and New York
Practicing in DC under the Supervision of Partners of the Firm

cc:   All Counsel of Record (via ECF)

    SO ORDERED.        DATE: _____

    _____
    U.S. District Court Judge