```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,      :    17cv1789 (DLC)
                                         :
                         Plaintiff,      :        ORDER
                                         :
              -v-                        :
                                         :
LEK SECURITIES CORPORATION, SAMUEL       :
LEK, VALI MANAGEMENT PARTNERS d/b/a      :
AVALON FA LTD, NATHAN FAYYER, and        :
SERGEY PUSTELNIK a/k/a SERGE             :
PUSTELNIK,                               :
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Attached are the November 6, 2019 drafts of the Jury Charge and the Special Verdict Form. Trial will resume at **9:00 a.m.** on **November 7.** The parties are advised that the rebuttal summation will commence at **2:00 p.m.** and the charge will commence at **2:30 p.m.**

Dated:    New York, New York
          November 6, 2019

                                    _____
                                          DENISE COTE
                                    United States District Judge