UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEK SECURITIES CORPORATION, et al,<br><br>Defendants. | 17-CV-1789 (DLC)<br><br> |

## *NUNC PRO TUNC* ORDER TO CORRECT FINAL JUDGMENT AS TO DEFENDANT LEK SECURITIES CORPORATION

WHEREAS this Court entered a Final Judgment as to Lek Securities Corporation ("Lek Securities") on September 30, 2019 (ECF No. 468);

WHEREAS the Final Judgment as to Lek Securities contained a typographical error in Section IV concerning the amount of prejudgment interest;

WHEREAS the amount of prejudgment interest in Section IV should have been $106,269, as accurately reflected in the Consent of Lek Securities (ECF No. 466), and not $106,892;

IT IS ORDERED, ADJUDGED, AND DECREED that Section IV of the Final Judgment as to Lek Securities is corrected, *nunc pro tunc*, to state that Defendant Lek Securities is liable for disgorgement of $419,623, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $106,269, and a civil penalty in the amount of $1,000,000 pursuant to Section 21(d) of the Exchange Act. Defendant shall satisfy this obligation by paying $1,525,892 to the Securities and Exchange Commission

within 30 days after entry of this Final Judgment.

Dated: November 18, 2019

_____
UNITED STATES DISTRICT JUDGE