UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,          :          17cv1789 (DLC)
                                             :
                        Plaintiff,           :                ORDER
                                             :
          -v-                                :
                                             :
LEK SECURITIES CORPORATION, SAMUEL           :
LEK, VALI MANAGEMENT PARTNERS d/b/a          :
AVALON FA, LTD., NATHAN FAYYER, and          :
SERGEY PUSTELNIK a/k/a SERGE                 :
PUSTELNIK,                                   :
                                             :
                        Defendants.          :
----------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/9/2020

DENISE COTE, District Judge:

On July 31, 2017, the Court entered a preliminary
injunction freezing approximately $5.5 million in assets of
defendant Vali Management Partners dba Avalon FA Ltd ("Avalon").
In its memorandum of law in support of its Motion for Entry of
Judgment Including Remedies, plaintiff Securities and Exchange
Commission ("SEC") requested that the funds deposited with the
Registry of the Court pursuant to the July 31 Preliminary
Injunction, along with applicable interest, be turned over to
the SEC and applied toward satisfaction of any monetary judgment
against defendants Avalon, Nathan Fayyer, and Serge Pustelnik
("Defendants").  In opposition to the SEC's motion, the
Defendants assert that the $5.5 million frozen pursuant to the
July 31 Preliminary Injunction "constitutes the funds available
to the Defendants to pay any monetary relief ordered by the

Court." It is hereby

ORDERED that the Defendants advise the Court by **March 13, 2020** whether they consent to the application of the funds frozen pursuant to the July 31 Preliminary Injunction toward the satisfaction of any monetary judgment against them.

Dated:    New York, New York
          March 9, 2020

                              _____
                              DENISE COTE
                         United States District Judge