```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------  X
                                       :
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :
                         Plaintiff,    :    17cv1789 (DLC)
                                       :
              -v-                      :       ORDER
                                       :
LEK SECURITIES CORPORATION, SAMUEL     :
LEK, VALI MANAGEMENT PARTNERS dba      :
AVALON FA LTD, NATHAN FAYYER, and      :
SERGEY PUSTELNIK,                      :
                                       :
                         Defendants.   :
                                       :
 ------------------------------------  X
```

DENISE COTE, District Judge:

On November 12, 2019, following a trial, a jury found that Nathan Fayyer, Sergey Pustelnik, and Vali Management Partners dba Avalon FA LTD (collectively, the "Defendants") violated several anti-fraud and anti-manipulation provisions of the Securities Exchange Act of 1934 ("Exchange Act") and the Securities Act of 1933 ("Securities Act").  On December 20, 2019, the Securities and Exchange Commission ("SEC") submitted its Motion for Judgment Including Remedies.  The motion became fully submitted on February 7, 2020.  On March 20, 2020, the SEC's motion was granted in part.  Accordingly, it is hereby

ORDERED that the SEC shall serve on the Defendants a proposed final judgment by **March 27, 2020**.  Any objections to the proposed final judgment shall be served on the SEC by **April

**3.** The parties shall file a joint proposed final judgment by **April 10.**

SO ORDERED:

Dated: New York, New York
March 20, 2020

_____
DENISE COTE
United States District Judge