UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEK SECURITIES CORPORATION,<br>SAMUEL LEK,<br>VALI MANAGEMENT PARTNERS dba AVALON FA LTD,<br>NATHAN FAYYER, and<br>SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK<br><br>Defendants. | 17-CV-1789<br><br>DEFENDANT AVALON'S NOTICE OF MOTION FOR PAYMENT OF EARNED LEGAL FEES AND EXPENSES |

Please take notice that Avalon FA LTD ("Avalon") hereby respectfully moves this Court for an order requiring payment from funds frozen by this Court's March 10, 2017 Temporary Restraining Order to Avalon's legal counsel for unpaid attorney's fees and expenses incurred prior to the jury's verdict in this matter.

In support of the motion, Avalon incorporates by reference the supporting memorandum of law filed herewith.

For the reasons set forth in the documents filed herewith, Avalon respectfully requests that the Court enter an Order granting its Motion.

Dated: April 10, 2020

_____
James M Wines
SDNY Bar. No. JW5859
**Law Office of James M Wines**
1802 Stirrup Lane
Alexandria, VA 22308
202.297.6768
winesj@wineslegal.com