```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                        Plaintiff,   :     17cv1789 (DLC)
                                     :
            -v-                      :     ORDER
                                     :
LEK SECURITIES CORPORATION, SAMUEL   :
LEK, VALI MANAGEMENT PARTNERS dba    :
AVALON FA LTD, NATHAN FAYYER, and    :
SERGEY PUSTELNIK,                    :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

This case was filed on March 10, 2017. On the same day, the Court entered a temporary restraining order freezing approximately $5.5 million in assets (the "frozen funds") of defendant Vali Management Partners dba Avalon FA Ltd ("Avalon"). On November 12, 2019, following a trial, a jury found that Nathan Fayyer, Sergey Pustelnik, and Avalon (collectively, the "Defendants") violated several anti-fraud and anti-manipulation provisions of the Securities Exchange Act of 1934 and the Securities Act of 1933.

On April 10, 2020, counsel for the Defendants filed a motion seeking the release of $191,600 from the frozen funds to satisfy outstanding legal expenses. Accordingly, it is hereby

ORDERED that the SEC shall file any opposition to the Defendants' April 10 Motion by **April 24, 2020**. Any reply shall be submitted by **May 1**.

SO ORDERED:

Dated: New York, New York
April 13, 2020

                                       DENISE COTE
                              United States District Judge