UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LEK SECURITIES CORPORATION,<br>SAMUEL LEK,<br>VALI MANAGEMENT PARTNERS dba<br>　　AVALON FA LTD,<br>NATHAN FAYYER, and<br>SERGEY PUSTELNIK a/k/a SERGE<br>　　PUSTELNIK<br><br>　　　　　　　　　　Defendants. | Case No. **17-CV-1789 (DLC)**<br><br>**Notice of Appeal** |

　　Notice is hereby given that defendants Vali Management Partners dba Avalon FA LTD ("Avalon"), Nathan Fayyer, Sergey Pustelnik ("defendants") in the above captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgement entered in this action on April 14, 2020.

Dated: June 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　James M Wines
　　　　　　　　　　　　　　　　　　　　　　　SDNY Bar. No. JW5859
　　　　　　　　　　　　　　　　　　　　　　　**Law Office of James M Wines**
　　　　　　　　　　　　　　　　　　　　　　　1802 Stirrup Lane
　　　　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22308
　　　　　　　　　　　　　　　　　　　　　　　202.297.6768
　　　　　　　　　　　　　　　　　　　　　　　winesj@wineslegal.com