UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE                          :
COMMISSION,                                      :
                                                 :
        Plaintiff,                               :
                                                 :
            v.                                   : CASE NO. 17-CV-1789 (DLC)
                                                 :
LEK SECURITIES CORPORATION,                      :
SAMUEL LEK,                                      :
VALI MANAGEMENT PARTNERS dba                     :
AVALON FA LTD,                                   :
NATHAN FAYYER, and                               :
SERGEY PUSTELNIK a/k/a                           :
SERGE PUSTELNIK,,                                :
                                                 :
                                                 :
        Defendants.                              :
                                                 :
------------------------------------------------------------------------x
```

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael J. Roessner hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am in good standing of the bars of New Jersey and Washington, D.C. and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 11, 2021

Washington, D.C.  Respectfully submitted,

                                                      s/MICHAEL J. ROESSNER
Michael J. Roessner
Attorney for Plaintiff
United States Securities and Exchange Commission
100 F Street, N.E., Mail Stop 5985
Washington, D.C. 20549
Tel: (202) 551-4347
Fax: (703) 813-9366
Email: RoessnerM@SEC.gov