UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
SECURITIES AND EXCHANGE              :
COMMISSION,                          :
                                     :
      Plaintiff,                     :
                                     :
      v.                             : CASE NO. 17-CV-1789 (DLC)
                                     :
LEK SECURITIES CORPORATION,          :
SAMUEL LEK,                          :
VALI MANAGEMENT PARTNERS dba         :
AVALON FA LTD,                       :
NATHAN FAYYER, and                   :
SERGEY PUSTELNIK a/k/a               :
SERGE PUSTELNIK,,                    :
                                     :
      Defendants.                    :
                                     :
---------------------------------------------------------------------x

## AFFIDAVIT OF MICHAEL J. ROESSNER

I, Michael J. Roessner, being of lawful age, depose and states as follows:

1. I am an Assistant Chief Litigation Counsel, employed by the U.S. Securities and Exchange Commission ("SEC" or "Commission").

2. I am admitted to practice and in good standing in the bars of the District of Columbia and New Jersey. (Certificates of Good Standing from the District of Columbia and New Jersey bars are attached). I was admitted to the Bar for the Southern District of New York in December 2002, as a then-member of the State of New York Bar. I voluntarily resigned from the State Bar of New York, which caused my membership to the Southern District of New York to end by voluntary resignation.

3. I have never been convicted of a felony.

4.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.  I do not have any disciplinary proceedings presently against me.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct.

Dated: May 11, 2021

Washington, D.C.

_____
Michael J. Roessner
Attorney for Plaintiff
United States Securities and Exchange Commission
100 F Street, N.E., Mail Stop 5985
Washington, D.C. 20549
Tel: (202) 551-4347
Fax: (703) 813-9366
Email: RoessnerM@SEC.gov

Subscribed and sworn to before me this 11th day of May, 2021

_____
Notary Public

IVAIN ZACHARIE NGUE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires: My Commission Expires December 14, 2023