UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
SECURITIES AND EXCHANGE                          :
COMMISSION,                                      :
                                                 :
       Plaintiff,                                :
                                                 :
           v.                                  :  CASE NO. 17-CV-1789 (DLC)
                                                 :
LEK SECURITIES CORPORATION,                      :
SAMUEL LEK,                                      :
VALI MANAGEMENT PARTNERS dba                     :
AVALON FA LTD,                                   :
NATHAN FAYYER, and                               :
SERGEY PUSTELNIK a/k/a                           :
SERGE PUSTELNIK,,                                :
                                                 :
                                                 :
       Defendants.                               :
                                                 :
------------------------------------------------------------------------x

**[Proposed] Order for Admission Pro Hac Vice**

The Motion of Michael J. Roessner for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of New Jersey and Washington, D.C.; and that his contact information is as follows:

        Michael J. Roessner
        Attorney for Plaintiff
        United States Securities and Exchange Commission
        100 F Street, N.E., Mail Stop 5985
        Washington, D.C. 20549
        Tel:  (202) 551-4347
        Fax:  (703) 813-9366
        Email:  RoessnerM@SEC.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the United States Securities and Exchange Commission in the above entitled case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:_____

_____
DENISE COTE
UNITED STATES DISTRICT JUDGE