UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   17cv1789 (DLC)
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :   ORDER
            Plaintiff,                 :
                                       :
      -v-                              :
                                       :
LEK SECURITIES CORPORATION, SAMUEL     :
LEK, VALI MANAGEMENT PARTNERS d/b/a    :
AVALON FA LTD, NATHAN FAYYER, and      :
SERGEY PUSTELNIK a/k/a SERGE PUSTELNIK :
                                       :
            Defendants.                :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On October 1, 2019, a final judgment was entered against defendants Samuel Lek and Lek Securities Corporation. On February 9, 2021, a final judgment was issued against the remaining defendants. On August 9, 2022, the United States Court of Appeals for the Second Circuit issued a mandate affirming the judgment in this case. Accordingly, it is hereby

ORDERED that the Clerk of Court shall close the case.

Dated:   New York, New York
         August 31, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge